## Exhibit A

**Weber Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MLN US HOLDCO LLC, *et al.*,[1] | § | Case No. 25-90090 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**DECLARATION OF JOHN T. WEBER IN SUPPORT OF
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT
OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION**

John T. Weber makes this declaration under 28 U.S.C. § 1746:

1.      I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019.  I am one of the lead attorneys from Paul, Weiss working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York.

2.      I submit this declaration (this "Declaration"), pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 329 of title 11 of the United States Code (the "Bankruptcy Code"), in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtors and Debtors in Possession* (the "Application").[2]  Unless otherwise stated

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Mitel.  The Debtors' service address for purposes of these chapter 11 cases is:  2160 W Broadway Road, Suite 103, Mesa, Arizona 85202.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

in this Declaration, I have personal knowledge of the facts set forth herein.  To the extent any information disclosed herein requires amendment or modification upon Paul, Weiss's completion of further review, or as additional party-in-interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

## Paul, Weiss's Qualifications

3.    These chapter 11 cases are complex and will require counsel with expansive experience and knowledge in, among other areas, the fields of debtors' and creditors' rights, litigation, tax, employee compensation and benefits, finance, and securities laws.  Paul, Weiss is a full-service law firm with a national and international presence and has experience and expertise in every major substantive area of legal practice.  Paul, Weiss has been extensively involved in major chapter 11 cases and has represented debtors in many such cases, including, among others: *In re Hornblower Holdings LLC*, No. 24-90061 (MI) (Bankr. S.D. Tex. Feb. 21, 2024); *In re National Cinemedia, LLC*, No. 23-90291 (DRJ) (Bankr. S.D. Tex. Apr. 11, 2023); *In re Diamond Sports Group, LLC*, No. 23-90116 (CML) (Bankr. S.D. Tex. Mar. 14, 2023); *In re Proterra Inc*, No. 23-11120 (BLS) (Bankr. D. Del. Aug. 7, 2023); *In re Ryze Renewables II, LLC*, No. 23-10298 (BLS) (Bankr. D. Del. Mar. 9, 2023); *In re Party City Holdco Inc.*, No. 23-90005 (DRJ) (Bankr. S.D. Tex. Jan. 17, 2023); *In re Revlon, Inc.*, No. 22-10760 (DSJ) (Bankr. S.D.N.Y. June 15, 2022); *In re Madison Square Boys & Girls Club, Inc.*, No. 22-10910 (SHL) (Bankr. S.D.N.Y. June 29, 2022); *In re Salem Harbor Power Development LP*, No. 22-10239 (MFW) (Bankr. D. Del. Mar. 23, 2022); *In re The Collected Group, LLC*, No. 21-10663 (LSS) (Bankr. D. Del. Apr. 5, 2021); *In re Templar Energy LLC*, No. 20-11441 (BLS) (Bankr. D. Del. June 1, 2020); *In re Diamond Offshore Drilling, Inc.*, No. 20-32307 (DRJ) (Bankr. S.D. Tex. Apr. 26, 2020); *In re Foresight Energy LP*, No. 20-41308 (Bankr. E.D. Mo. Mar. 10, 2020); *In re Pioneer Energy Services Corp.*, No. 20-31425 (DRJ) (Bankr. S.D. Tex.

Mar. 1, 2020); *In re Bumble Bee Parent, Inc.*, No. 19-12502 (LSS) (Bankr. D. Del. Dec. 18, 2019); and *In re Jack Cooper Ventures, Inc.*, No. 19-62393 (PWB) (Bankr. N.D. Ga. Aug. 6, 2019).

4.       As of April 15, 2024, MLN US TopCo, Inc., Mitel Networks (International) Limited, and their direct and indirect subsidiaries (collectively, "Mitel") retained Paul, Weiss to advise Mitel in analyzing and implementing strategic alternatives.  In this role, Paul, Weiss has gained significant institutional knowledge of the Debtors' business, affairs, and many of the legal issues that may arise during these chapter 11 cases.

5.       Paul M. Basta and I, as well as other partners of, counsel to, and associates of Paul, Weiss who will be working on this matter, are members in good standing of the applicable state bar(s) in which they are admitted to practice.

6.       For the foregoing reasons, I believe that Paul, Weiss is specially situated and well-qualified to represent the Debtors in these chapter 11 cases in a most efficient manner. Accordingly, the retention of Paul, Weiss is necessary and in the best interests of the Debtors, their estates, and creditors.

**Services to be Rendered; Compensation Arrangements**

7.       The engagement letter between Paul, Weiss and the Debtors, dated as of May 15, 2024, a copy of which is attached hereto as **Exhibit 1** (the "Engagement Letter"), sets forth the terms under which Paul, Weiss has agreed to act as counsel for the Debtors to assist them in their chapter 11 cases.  The Debtors have requested that Paul, Weiss render services including, but not limited to, the following:

   (a)   providing legal advice with respect to the Debtors' powers and duties as debtors in possession in the continued operation of their business and management of their properties;

   (b)   attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of these

3

chapter 11 cases, including the legal and administrative requirements of operating in chapter 11;

(c)     taking necessary action to protect and preserve the Debtors' estates;

(d)     preparing and prosecuting on behalf of the Debtors all motions, applications, answers, orders, reports, and papers necessary to the administration of the estates;

(e)     advising and assisting the Debtors with financing and transactional matters as such may arise during the chapter 11 cases;

(f)     appearing in Court and protecting the interests of the Debtors before the Court; and

(g)     performing all other legal services for the Debtors that may be necessary and proper in these chapter 11 cases.

8.      Subject to this Court's approval, Paul, Weiss will charge the Debtors for its legal services on an hourly basis in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered and for reimbursement of its actual, necessary expenses and other charges incurred by the Firm.  In the normal course of business, Paul, Weiss revises its hourly rates annually.  The current standard hourly rates for Paul, Weiss's attorneys and paralegals range from $2,245.00 to $2,595.00 for partners, $1,995.00 for counsel, $705.00 to $1,695.00 for associates and staff attorneys, and $175.00 to $560.00 for paraprofessionals.

9.      These rates are subject to periodic adjustment to reflect economic and other conditions.[3]  The Firm has not agreed to any variations from, or alternatives to, its standard billing arrangements for this engagement.

10.     The following attorneys will have primary responsibility for representing the Debtors in these chapter 11 cases:

---

[3]     Paul, Weiss, like other law firms, typically increases the hourly billing rate of attorneys and paraprofessionals once a year, which increase includes (a) ordinary step increases related to the advancing seniority or promotion of an attorney or paraprofessional (a "Step Increase") and (b) periodic rate increases with respect to each level of seniority.  The Step Increases do not constitute "rate increases" (as the term is used in the Fee Guidelines).

| Name | Years of Experience | Current Hourly Rate |
|---|---|---|
| Paul M. Basta | 33 | $2,595.00 |
| John T. Weber | 13 | $2,350.00 |
| Douglas R. Keeton | 11 | $1,995.00 |
| Martin J. Salvucci | 7 | $1,695.00 |
| Shafaq Hasan | 6 | $1,695.00 |
| Tyler F. Zelinger | 5 | $1,675.00 |
| Lucian Wang | 4 | $1,595.00 |
| Dolan D. Bortner | 3 | $1,470.00 |

Other Paul, Weiss lawyers will be consulted and may appear on behalf of the Debtors in these chapter 11 cases, as necessary. None of the professionals included in this engagement vary their rate based on the geographic location of these chapter 11 cases.

11. The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. Paul, Weiss practices in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the Firm's expertise, performance, and reputation, the nature of the work involved, and other factors. Paul, Weiss's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Additionally, it is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case, subject to any modification to such policies that Paul, Weiss may be required to make to comply with the applicable general orders of this Court and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013

5

(collectively, the "Fee Guidelines"), sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any further order of the Court. The expenses charged to clients include, among other things, certain telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses, approved by the client, such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is fairer to charge these expenses to the clients incurring them rather than to increase the hourly rates and spread the expenses among all clients.

12. Paul, Weiss has advised the Debtors that it intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges, costs, and expenses incurred in these chapter 11 cases. No promises have been received by Paul, Weiss, or any member, counsel or associate of Paul, Weiss, as to payment or compensation in connection with these chapter 11 cases other than in accordance with Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Fee Guidelines. Further, Paul, Weiss has no agreement with any other entity to share compensation received by Paul, Weiss or any such entity.

13. Per the terms of the Engagement Letter, Paul, Weiss initially received an advanced payment retainer in connection with this engagement from the Debtors in the amount of $400,000 on April 30, 2024. During the 90-day period immediately preceding the Petition Date, the Debtors paid to Paul, Weiss additional advance payment retainers totaling $12,855,000.00 in the aggregate. Prior to the Petition Date and on the dates set forth below, Paul, Weiss has applied all advance

retainer amounts received.  A chart identifying the statements set forth the professional services Paul, Weiss provided to the Debtors and the expenses incurred by Paul, Weiss in connection therewith, as well as the advance payment retainers transferred by the Debtors to Paul, Weiss during the 90-day period immediately preceding the Petition Date, is set forth below.[4]

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Advance Payment Retainer Request | Amount of Advance Payment Retainer Received | Resulting Advance Payment Retainer Balance |
|---|---|---|---|---|---|
| Receipt of Advance Payment Retainer | 12/9/2024 | | | $500,000.00 | $2,003,322.21 |
| Request for Additional Advance Payment Retainer | 12/10/2024 | | $750,000.00 | | $2,003,322.21 |
| Statement of Services Rendered and Expenses Incurred | 12/10/2024 | $494,695.00 | | | $1,508,627.21 |
| Receipt of Advance Payment Retainer | 12/16/2024 | | | $500,000.00 | $2,008,627.21 |
| Statement of Services Rendered and Expenses Incurred | 12/17/2024 | $1,500,000.00 | | | $508,627.21 |
| Request for Additional Advance Payment Retainer | 12/18/2024 | | $1,050,000.00 | | $508,627.21 |
| Receipt of Advance Payment Retainer | 12/20/2024 | | | $250,000.00 | $758,627.21 |
| Receipt of Advance Payment Retainer | 12/24/2024 | | | $1,050,000.00 | $1,808,627.21 |
| Request for Additional Advance Payment Retainer | 12/30/2024 | | $1,000,000.00 | | $1,808,627.21 |
| Statement of Services Rendered and Expenses Incurred | 12/30/2024 | $1,433,162.37 | | | $375,464.84 |
| Receipt of Advance Payment Retainer | 1/10/2025 | | | $1,000,000.00 | $1,375,464.84 |
| Statement of Services Rendered and Expenses Incurred | 1/13/2025 | $732,199.33 | | | $643,265.51 |
| Request for Additional Advance Payment Retainer | 1/14/2025 | | $1,000,000.00 | | $643,265.51 |
| Request for Additional Advance Payment Retainer | 1/14/2025 | | $1,125,000.00 | | $643,265.51 |

---

[4]   In order to establish that none of the payments received by Paul, Weiss from the debtor during the 90 days prior to the petition date constituted a preferential transfer, the following chart – commonly referred to as a *Pillowtex* table – is included in the retention application (the actual amounts listed in each category will necessarily vary).

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Advance Payment Retainer Request | Amount of Advance Payment Retainer Received | Resulting Advance Payment Retainer Balance |
|---|---|---|---|---|---|
| Receipt of Advance Payment Retainer | 1/23/2025 | | | $1,000,000.00 | $1,643,265.51 |
| Receipt of Advance Payment Retainer | 2/7/2025 | | | $1,125,000.00 | $2,768,265.51 |
| Statement of Services Rendered and Expenses Incurred | 2/10/2025 | $1,997,100.25 | | | $771,165.26 |
| Request for Additional Advance Payment Retainer | 2/12/2025 | | $1,250,000.00 | | $771,165.26 |
| Request for Additional Advance Payment Retainer | 2/20/2025 | | $625,000.00 | | $771,165.26 |
| Statement of Services Rendered and Expenses Incurred | 2/21/2025 | $500,000.00 | | | $271,165.26 |
| Receipt of Advance Payment Retainer | 2/25/2025 | | | $1,875,000.00 | $2,146,165.26 |
| Request for Additional Advance Payment Retainer | 2/25/2025 | | $750,000.00 | | $2,146,165.26 |
| Receipt of Advance Payment Retainer | 2/25/2025 | | | $500,000.00 | $2,646,165.26 |
| Statement of Services Rendered and Expenses Incurred | 2/27/2025 | $1,800,000.00 | | | $846,165.26 |
| Receipt of Advance Payment Retainer | 2/28/2025 | | | $250,000.00 | $1,096,165.26 |
| Receipt of Advance Payment Retainer | 3/3/2025 | | | $500,000.00 | $1,596,165.26 |
| Request for Additional Advance Payment Retainer | 3/6/2025 | | $750,000.00 | | $1,596,165.26 |
| Receipt of Advance Payment Retainer | 3/6/2025 | | | $750,000.00 | $2,346,165.26 |
| Statement of Services Rendered and Expenses Incurred | 3/6/2025 | $1,300,000.00 | | | $1,046,165.26 |
| Request for Additional Advance Payment Retainer | 3/7/2025 | | $200,000.00 | | $1,046,165.26 |
| Receipt of Advance Payment Retainer | 3/7/2025 | | | $200,000.00 | $1,246,165.26 |
| Statement of Services Rendered and Expenses Incurred | 3/9/2025 | $1,201,165.26 | | | $45,000.00 |

14.     Other than as set forth herein, Paul, Weiss did not receive any other payments from the Debtors in connection with this matter during the 90 days immediately preceding the Petition Date.  As of the Petition Date, no additional amounts relating to the prepetition period are owing to Paul, Weiss from the Debtors, and Paul, Weiss is not a creditor of the Debtors.

15.     Pursuant to Bankruptcy Rule 2016(b), Paul, Weiss has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with partners, counsel, associates, contract attorneys, and other personnel associated with Paul, Weiss or (b) any compensation another person or party has received.

16.     Paul, Weiss is willing to act on the Debtors' behalf at its normal and customary rates for matters of this type, together with reimbursement of all costs and expenses incurred by Paul, Weiss in connection with these chapter 11 cases and the Debtors have proposed to pay Paul, Weiss at such rates and to reimburse it for such costs and expenses in accordance with the applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and guidelines and orders of this Court.

### Paul, Weiss's Disinterestedness

17.     To confirm that Paul, Weiss did not have any conflicts or other relationships that might preclude its representation of the Debtors with respect to the matters upon which it is being employed, I caused Paul, Weiss attorneys under my supervision to conduct a review of potential connections and relationships between Paul, Weiss and parties in interest in these chapter 11 cases within the following categories (as provided to Paul, Weiss by the Debtors, and as set forth in **Exhibit 2** hereto) (the "Potential Parties in Interest"):

    (a)     Debtors;

    (b)     Non-Debtor Affiliates;

    (c)     Debtors' Previous Names, Predecessors, and Related Entities;

(d)      Debtors' Restructuring and Other Significant Professionals;

(e)      1% or More Equity Holders;

(f)      Current and Former Directors and Officers (Within Past 3 Years);

(g)      Lenders, Trustees, Agents, and Other Secured Parties;

(h)      Contract Counterparties;

(i)      Top Unsecured Creditors;

(j)      UCC Lienholders;

(k)      Ordinary Course Professionals;

(l)      Professionals Representing Certain Parties in Interest;

(m)      Utility Providers;

(n)      Significant Suppliers and Vendors;

(o)      Significant Customers, Distributor Partners, and Channel Partners;

(p)      Significant Competitors;

(q)      Debtors' Banks;

(r)      Insurers, Insurance Agents, and Sureties;

(s)      Human Resources Support and Benefit Providers;

(t)      Taxing and Other Governmental Authorities;

(u)      Landlords and Tenants;

(v)      Litigation Counterparties;

(w)      United States Bankruptcy Judges for the Southern District of Texas (and Key Staff Members); and

(x)      Office of the United States Trustee for the Southern District of Texas (and Key Staff Members.

18.      Paul, Weiss has searched its electronic database for its connections to the Potential Parties in Interest.   The records upon which this investigation is based are maintained by Paul, Weiss in the ordinary course of business and are believed to be accurate.   To the extent that

I become aware hereafter that any such records or other information contained herein is not accurate, I will promptly apprise the Court.

19.     Based upon a review of the foregoing information, neither I, Paul, Weiss, nor any member of, counsel to, or associate of Paul, Weiss represents any entity other than the Debtors in connection with these chapter 11 cases.  In addition, to the best of my knowledge after due inquiry, neither I, Paul, Weiss, nor any member of, counsel to, or associate of the Firm represents any party in interest in these chapter 11 cases in matters related to these chapter 11 cases.

20.     Paul, Weiss, and the partners, counsel, and associates of Paul, Weiss, presently represent, may have represented in the past, and may represent in the future, entities (or affiliates of entities) that are claimants of and/or interest holders in the Debtors, and/or are parties in interest in these chapter 11 cases, in matters unrelated to these chapter 11 cases.  To the best of my knowledge, all such parties are listed on the schedule attached hereto as **Exhibit 3** (the "Disclosure Schedule").[5]  Based on my review of the Disclosure Schedule, to the best of my knowledge, Paul, Weiss does not hold or represent an interest adverse to the estates as a result of its representation of parties in interest in matters that are unrelated to these chapter 11 cases. Pursuant to section 327(c) of the Bankruptcy Code, Paul, Weiss is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters that are wholly unrelated to the Debtors or these chapter 11 cases.  Except as specifically disclosed herein, Paul, Weiss has not

---

[5]     As referenced in the Disclosure Schedule, the term "current client" means an entity listed as a client in Paul, Weiss's conflicts search system where that matter is reported as open.  As referenced in the Disclosure Schedule, the term "former client" means any entity listed as a client in the Paul, Weiss conflicts search system where the matter is reported as closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system.  The list on **Exhibit 3**, generated by the conflicts search system, is therefore over-inclusive for disclosure purposes.

represented, does not represent, and will not represent any entities listed on the Disclosure Schedule in matters directly related to the Debtors or these chapter 11 cases.

21.     The Disclosure Schedule identifies, among others, certain vendors, financial institutions, lenders, and existing equity holders of the Debtors, including certain entities that are part of the Ad Hoc Group formed prior to the Petition Date in these chapter 11 cases.  Paul, Weiss is a general purpose law firm that provides a full range of corporate, litigation, real estate, tax and bankruptcy services.  Accordingly, Paul, Weiss provides regular outside counsel in a variety of matters to its clients, which have included or may currently or in the future include such parties. As noted above, Paul, Weiss will not represent any such parties in any matter relating to the chapter 11 cases or in connection with the Debtors.  As such, I do not believe that Paul, Weiss's current or prior representations of such entities or their affiliates preclude Paul, Weiss from being a disinterested party under the Bankruptcy Code.

22.     In particular, as disclosed in the Disclosure Schedule, Paul, Weiss represents, and in the past has represented, Amazon.com, Inc. ("Amazon") in a variety of matters unrelated to the chapter 11 cases.  Amazon is an affiliate or subsidiary of Amazon Web Services, Inc., which is a vendor of the Debtors and one of the Debtors' top 30 unsecured creditors on a consolidated basis. During the period covering the last 12 months ending February 28, 2025, total fee receipts for matters in which Paul, Weiss represented Amazon represented more than 1% of Paul, Weiss's fee receipts for such period.

23.     As disclosed in the Disclosure Schedule, Paul, Weiss also represents, and in the past has represented, Apollo Global Management LLC ("Apollo") in a variety of matters unrelated to the chapter 11 cases.  Certain affiliates of Apollo are lenders to the Debtors and members of the Ad Hoc Group.  During the period covering the last 12 months ending February 28, 2025, total fee

receipts for matters in which Paul, Weiss represented Apollo represented more than 1% of Paul, Weiss's fee receipts for such period.

24.     In addition to Apollo, Paul, Weiss previously or currently represents the following members of the Ad Hoc Group in matters unrelated to the Debtors or these chapter 11 cases, each of which is disclosed in the Disclosure Schedule:  certain funds affiliated with Anchorage Capital Management, L.L.C., certain funds affiliated with Bank of America, N.A., certain funds affiliated with Barclays Bank Plc, and certain funds affiliated with BlackRock Capital Investment Advisors, LLC.  Paul, Weiss also previously represented certain ad hoc groups of creditors in matters unrelated to the Debtors or these chapter 11 cases where certain funds affiliated with Nuveen Asset Management, LLC, and certain funds affiliated with Tennenbaum Capital Partners, LLC, were members of such ad hoc groups of creditors.

25.     As disclosed in the Disclosure Schedule, Paul, Weiss also represents, and in the past has represented, Kohlberg Kravis Roberts & Co. ("KKR") in a variety of matters unrelated to the chapter 11 cases.  Certain affiliates of KKR are lenders to the Debtors.  During the period covering the last 12 months ending February 28, 2025, total fee receipts for matters in which Paul, Weiss represented KKR represented more than 1% of Paul, Weiss's fee receipts for such period.

26.     As disclosed in the Disclosure Schedule, Paul, Weiss also represents, and in the past has represented, Atos SE ("Atos") in a variety of matters unrelated to the chapter 11 cases. Atos is a contract counterparty of the Debtors and among the Debtors' top 30 unsecured creditors on a consolidated basis.  During the period covering the last 12 months ending February 28, 2025, total fee receipts for matters in which Paul, Weiss represented Atos represented less than 1% of Paul, Weiss's fee receipts for such period.

27.     As disclosed in the Disclosure Schedule, Paul, Weiss also represents, and in the past has represented, Rackspace US Inc. ("Rackspace"), in a variety of matters unrelated to the chapter 11 cases.  In addition to being a portfolio company of Apollo, Rackspace is a contract counterparty of the Debtors, a vendor of the Debtors, and among the Debtors' top 30 unsecured creditors on a consolidated basis.  During the period covering the last 12 months ending February 28, 2025, total fee receipts for matters in which Paul, Weiss represented Rackspace represented less than 1% of Paul, Weiss's fee receipts for such period.

28.     As disclosed in the Disclosure Schedule, Paul, Weiss also represents, and in the past has represented, Searchlight Capital Partners L.P. ("Searchlight"), in matters unrelated to the Debtors and these chapter 11 cases.  Searchlight is the Debtors' sponsor, owning more than 99% of the equity interests in the Debtors.  During the period covering the last 12 months ending February 28, 2025, total fee receipts for matters in which Paul, Weiss represented Searchlight represented less than 1% of Paul, Weiss's fee receipts for such period.

29.     Paul, Weiss has not represented, does not represent, and will not represent any of the foregoing parties or their affiliates in connection with any matters related to the Debtors or the chapter 11 cases.  As such, I do not believe that Paul, Weiss's current or prior representation of such entities or their affiliates preclude Paul, Weiss from being a disinterested party under the Bankruptcy Code.

30.     As disclosed in the Disclosure Schedule, Paul, Weiss also represents, and in the past has represented, HPS Investment Partners, LLC ("HPS") in a variety of matters unrelated to the chapter 11 cases.  Prior to being retained by the Debtors, Paul, Weiss represented HPS in connection with its purchase of Senior Loans pursuant to the Third Lien Incremental Assumption Agreement, and this representation of HPS concluded upon the closing of the purchase of such

Senior Loans.  During the period covering the last 12 months ending February 28, 2025, total fee receipts for matters in which Paul, Weiss represented HPS represented less than 1% of Paul, Weiss's fee receipts for such period. Paul, Weiss does not currently represent, and will not represent, HPS in connection with any matter related to the Debtors or these chapter 11 cases. As such, I do not believe that Paul, Weiss's prior representation of HPS precludes Paul, Weiss from being a disinterested party under the Bankruptcy Code.

31.     To the best of my knowledge and insofar as I have been able to ascertain, except as set forth herein, neither Paul, Weiss nor any of its partners, counsel, or associates has any connection with the Debtors or their affiliates, the Debtors' creditors, any party in interest, or their respective attorneys or accountants, any person employed in the Office of the United States Trustee for Region 7, any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Southern District of Texas, or any clerk, deputy, or personnel working in the Bankruptcy Court, except that to the extent any partner, counsel or associate may have (a) may have appeared in the past and may appear in the future in cases where one or more of such parties may be involved, or (b) represented or may represent one or more of such parties in interest in matters unrelated to these chapter 11 cases.

32.     From time to time, Paul, Weiss partners, counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, and other types of investment vehicles (the "Investment Funds"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors, often without Paul, Weiss's knowledge.  Each Paul, Weiss person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell,

or vote any particular security.  The Investment Fund is generally operated as a blind pool, meaning that the Paul, Weiss persons do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales when making an investment in the Investment Fund.  Paul, Weiss therefore does not believe that any such investments present a conflict of interest.

33.     In light of the extensive number of the Debtors' creditors and parties in interest and because definitive lists of all such creditors and other parties have not yet been obtained, neither I nor the Firm are able to conclusively identify all potential relationships at this time, and we reserve the right to supplement this disclosure as additional relationships come to our attention, if any. To the extent that I become aware of any additional relationships that may be relevant to Paul, Weiss's representation of the Debtors, I will promptly file a supplemental declaration.

34.     By separate application, the Debtors have asked or will ask the Court to approve the retention of:     (a) Porter Hedges LLP, as proposed co-counsel to the Debtors; (b) FTI Consulting, Inc., as proposed financial advisor to the Debtors; (c) PJT Partners, Inc., as proposed investment banker to the Debtors; (d) Stretto, Inc., as claims, noticing, and solicitation agent; (e) Ernst & Young LLP, as proposed audit and tax service provider to the Debtors; and (f) KPMG LLP, as proposed tax consultant to the Debtors (collectively, the "Chapter 11 Professionals").

35.     Paul, Weiss has been working with the Chapter 11 Professionals in connection with preparations for the filing of these chapter 11 cases, and may have in the past worked for or against the Chapter 11 Professionals in matters wholly unrelated to these chapter 11 cases.

36.     Based upon my review of all of Paul, Weiss's connections in these chapter 11 cases, I submit that Paul, Weiss is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that the Firm, its partners, counsel and associates:

    (a)    are not creditors, equity security holders or insiders of the Debtors;

    (b)    are not and were not investment bankers for any outstanding security of the Debtors;

    (c)    have not been, within three years before the Petition Date, (i) investment bankers for a security of the Debtors; or (ii) an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtors; and

    (d)    are not and were not, within two years before the Petition Date, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

37.     To the best of my knowledge and insofar as I have been able to ascertain, neither Paul, Weiss nor any of its partners, counsel, or associates holds or represents any interest adverse to the Debtors or their estates in the matters upon which it is to be engaged.

### Coordination with Other Professionals

38.     As described above, the Debtors have submitted, or intend to submit, separate applications to retain the Chapter 11 Professionals.  Paul, Weiss will work closely with all such professionals, in conjunction with the Debtors' management, to carefully monitor and coordinate the efforts of all such professionals and will delineate their respective duties so as to prevent duplication of services whenever possible.

### Attorney Statement Pursuant to Fee Guidelines

39.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the Fee Guidelines.

**Question:**    **Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?**

Response:    No.

**Question:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?**

Response:    No.

**Question:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments or discounts offered during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.**

Response:    Paul, Weiss typically adjusts its billing rates on an annual basis effective October 1st of each year. Accordingly, Paul, Weiss's rates for timekeepers for its prepetition engagement on this matter were (a) for the period of October 1, 2023, to September 30, 2024, $1,995 to $2,395 for partners, $1,815 for counsel, $645 to $1,560 for associates and staff attorneys, and $160 to $515 for paraprofessionals; and (b) for the period of October 1, 2024, to the Petition Date, $2,245 to $2,595 for partners, $1,995 for counsel, $705 to $1,695 for associates, and $175 to $560 for paraprofessionals.

**Question:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?**

Response:    Yes, from the Petition Date through to May 31, 2025.

40.    The foregoing constitutes the statement of Paul, Weiss pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 14, 2025

/s/ John T. Weber
John T. Weber
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

## Exhibit 1

**Engagement Letter**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

| | |
|---|---|
| BEIJING | TOKYO |
| HONG KONG | TORONTO |
| LONDON | WASHINGTON, DC |
| LOS ANGELES | WILMINGTON |
| SAN FRANCISCO | |

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

May 15, 2024

MLN TopCo Ltd. and Mitel Networks (International) Limited
4000 Innovation Drive
Kanata, Ontario, Canada K2K 3K1
Attn.: Greg Hiscock, EVP Legal, General Counsel & Corporate Secretary

Re:    Engagement as Counsel

Dear Mr. Hiscock:

I am pleased and grateful that each of MLN US TopCo, Inc. Mitel Networks (International) Limited, and their direct and indirect subsidiaries (collectively, the "Company") has retained this firm as its counsel to assist in analyzing and implementing the Company's strategic alternatives. We are very excited at the opportunity to work with you and your colleagues on this matter.

I write to confirm our acceptance of your engagement of us as counsel and to provide you with certain information concerning our practices and policies on fees, billing, collection, conflicts, and other material terms of our engagement. The rules governing our professional obligations require that we establish at the outset a common understanding about the terms and conditions of our employment. We began work on the matter, and our engagement is effective, as of April 15, 2024.

TERMS OF ENGAGEMENT

The following terms and conditions apply to our engagement as your counsel:

1.    **Scope of Representation and Client Relationship** — We agree to provide you with legal services, as requested by you from time to time, which in our professional judgment are reasonably necessary and appropriate in connection with the matter described above. At this time, our engagement is limited to the matter described above, though we would be pleased to consider representing you in such other matters as you may request. The terms and conditions of our engagement in any such other matter will be those set forth in this letter unless we otherwise mutually agree in writing. In all matters in which we represent you, we will provide services of a strictly legal nature, and it is understood that you will not be relying on us for business, investment, or accounting advice, nor to assess or vouch for the character or creditworthiness of any third person.

Unless we otherwise agree or our representation of you otherwise requires, our engagement is solely with the individuals or entities specifically identified as clients in this letter.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                                                    2

By entering into this agreement, we are not agreeing to represent any other individuals or entities other than the Company.

   The question of whether our fees are covered by some third-party agreement (including an insurance policy) is not within the scope of our representation, unless you specifically request us to consider that question.

   **2.**  **Retainer** — Our agreement to represent the Company in connection with this engagement is contingent upon the Company's payment to us of an advance payment retainer in the amount of $400,000. In addition, the Company agrees to provide one or more additional advance payment retainers as necessary, so as to ensure that the amount of any advance payment retainers remain at or above our estimated fees and expenses. We may apply the advance payment retainers to any outstanding fees as services are rendered and to expenses as they are incurred. The Company understands and acknowledges that any advance payment retainers are earned by us upon receipt, any advance payment retainers become our property upon receipt, the Company no longer has a property or any other interest in any advance payment retainers upon our receipt, any advance payment retainers will be placed in our general account and will not be held in a client trust, escrow or similar account, and the Company will not earn any interest on any advance payment retainers. The purpose of the advance payment retainer is to ensure that we do not become a creditor of the Company and will not be disqualified from representing the Company in any liquidation, reorganization or similar proceeding, including in any case under Title 11 of the United States Code. The advance payment retainer is not a security deposit or security retainer. Notwithstanding payment of the advance payment retainers, the Company shall remain liable to us for all amounts owed to us pursuant to the terms of this engagement letter. At the conclusion of this engagement, if the amount of any advance payment retainers held by us are in excess of the amount of our outstanding and estimated fees, expenses and costs, we will pay to the Company an amount equal to the amount by which any advance payment retainers exceed such fees, expenses and costs.

   **3.**  **Fees for Legal Services** — Our fees for legal services are based on our assessment of the reasonable value of our services. To assist us in determining that value, we assign hourly rates to each of our lawyers and legal assistants, and require each to maintain a record of the time spent and the services rendered on a particular matter. Time is recorded in tenths of an hour, which is the minimum we charge for any service. Our hourly rates, which are based on seniority, currently range from $1,695 to $2,175 per hour for partners; $1,650 per hour for counsel; $595 to $1,380 per hour for staff attorneys and associates; and $145 to $470 per hour for legal assistants. From time to time, we reassess these rates to account for increases in our costs, augmentation of the experience and ability of our legal personnel and other factors, and thus our current rates may change (and be thereafter applied to all unbilled time) during our representation of you and we will provide advance notice of any fee increase.

   **4.**  **Disbursements & Other Charges** — We are committed to serving you with the most effective and cost-efficient support systems reasonably required as an incident to our legal services, and to this end we allocate charges for such systems in accordance with the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                                                        3

extent of usage by individual clients, which are billed in addition to our fee for legal services. We provide certain services (or incur costs) in-house for which we charge an amount calculated in an effort fairly to reflect the equipment, personnel and overhead costs to us of providing the services to you. We obtain other services (or incur other costs) from outside vendors or suppliers for which we charge only the amount billed to us by the vendor or supplier. We may forward the invoices from these outside sources directly to you, in which event you will be responsible to pay the invoices in accordance with their terms. Otherwise, our statements will separately bill you for these disbursements and other charges.

In the event we are required to respond to a subpoena or other formal request from a third party relating to services we have performed for you, you agree to reimburse us for our time and expense incurred in responding to such request.

5. **Billing** — We want our clients to be satisfied with both the quality of our services and the reasonableness of our bills, and we earnestly invite you to discuss with us any questions or comments you may have about any of our fees and charges or the format of our bills. Our practice is to bill on a monthly basis for the fees, disbursements, and related charges incurred in the preceding month, except that, in certain transactions, we may mutually agree that some or all of the billing will be done on some other basis. While we make every effort to include all disbursements in the statements for the period in which they were incurred, some costs (especially telephone or outside vendor expenses) are not available at the time of billing and must therefore be included in a later statement. Our statements are due and owing upon receipt. In the event that some or all of our fees might be subject to payment by some third party (e.g., an insurance company), we regard our client as responsible for the payment of our fees and, absent a specific agreement to the contrary, we will not look to the third party for payment. We first apply all payments we receive from you to our oldest outstanding statement.

6. **Managing Costs** — We are sensitive to the need to manage and, when possible, to predict legal costs. We are happy to work with you to estimate our likely fees and expenses in connection with our services. You understand, however, that any estimate of projected fees is necessarily only an inexact approximation based on assumptions that may prove unfounded in the unique circumstances of each matter, and that such estimates are not intended as either a maximum or a minimum fee for our legal services.

7. **Outside Experts** — In the course of our representation it may be appropriate, with your advance approval, to retain persons of special training or expertise to assist in the rendition of legal services (e.g., accountants, economists, investigators). Owing to privileges that may apply to services that an attorney requests from a third party, it will often be advisable for this firm to assume responsibility for hiring such experts. Notwithstanding that the contractual relationship may be with this firm, however, you agree that you will bear the responsibility directly to pay the invoices for the fees and expenses incurred by these persons.

8. **Arbitration** — In certain circumstances, you may have the right to demand arbitration of a dispute over our legal fees in civil matters involving amounts greater than one thousand dollars ($1,000) and less than fifty thousand dollars ($50,000). In the event

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                                                          4

such a dispute arises, we shall notify you in writing of your rights, if any, to demand mediation or arbitration, processes that may have significant advantages for you.

      **9.**    **Confidentiality** — For our relationship to succeed, it is essential for you to provide us with all factual information reasonably relevant and material to the subject matter of our representation. We regard the lawyer's duty to preserve the confidences and secrets of a client with the utmost seriousness. In instances in which we represent a corporation, partnership, or other legal entity, our attorney-client relationship is with, and this duty of confidentiality is owed only to, the entity, and not to the entity's parent or subsidiary corporations nor its shareholders, officers, directors, founders, managers, employees or partners, unless you instruct us or our representation of you requires otherwise. As a result, the confidences and secrets we obtain in the course of such representations belong to and may be waived by the organization we represent, and not by the employees, officers, or directors of the organization. Of course, in the absence of a conflict, we are free to represent these other persons, but should not be deemed to do so without our express agreement to that effect.

      **10.**    **Conflicts of Interest** — We wish to avoid any circumstance in which you would regard our representation of another client to be inconsistent with our duties to and understandings with you. Unless we have told you otherwise, we do not now represent another client in the specific matter in which you have retained us. Because we represent a large number of clients in a wide variety of legal matters around the world, however, it is possible that we currently represent, or in the future may be asked to represent, in some other matter unrelated to the specific matter in which you have engaged us, some person or entity whose interests are actually or potentially adverse to your interests in this or other matters, including in negotiations, work-outs, bankruptcy proceedings, or litigation. We agree that we will not undertake any such representation if the subject of the other representation is related to the specific matter in which we currently represent you. If the matters are not related, however, then you hereby agree that we will be free to undertake such an unrelated adverse representation provided that (a) the unrelated representation will not implicate any confidential information we have received from you, and (b) the other client has consented to our continued representation of you. This means that this firm could represent another client against you in an unrelated matter such as a lawsuit, a transaction, or some other matter. Your agreement as set forth in this paragraph represents your acknowledgement that such adverse representations are foreseeable to you, and effects a waiver of your right, if any, to object to our representation in the unrelated matter of another client whose interests are adverse to yours. Since we understand that you are experienced in retaining counsel, we are relying upon your agreement to the foregoing in undertaking this representation. We urge you to ask us (or other counsel) any questions concerning this paragraph before we undertake to represent you.

      Moreover, in the course of representing you, and in order fully to satisfy our professional obligations, we may from time to time need to consult with the lawyers in this firm responsible for advising the firm on ethical issues, including issues that may implicate your interests. You acknowledge and agree that, notwithstanding this potential for conflict in consideration of our professional obligations, the firm is free to consult with its own internal

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                                                  5

counsel on such matters without your consent and that such consultations are privileged and confidential.

      **11.    Termination** — We hope and trust that our relationship with you will be a long and fruitful one.  Nevertheless, you are free to terminate our representation of you at any time unless judicial approval is required for us to withdraw, in which event we agree not to oppose such withdrawal.  Subject always to any applicable rule of court, we may terminate this agreement if you deliberately disregard the terms of this agreement or if, in our professional judgment, we are unable to continue the representation consistent with our ethical obligations. Notwithstanding any such termination, you remain liable to pay all fees and charges incurred up to the date of termination.  Upon completion of the matter to which this engagement letter applies, or the earlier termination of the representation, our attorney-client relationship will end unless we agree to continue the representation on other matters.  We shall have no continuing obligation to advise you on any matter unless we otherwise agree in writing.

      **12.    Data Privacy** — In providing legal services to you and in conducting our business, we may receive from you, store, or use information or documents which consist of or contain "personal information" about you or your shareholders, officers, directors, founders, managers, employees, partners, clients, or business associates.  Such personal information includes information that is defined by data privacy and data protection laws, including, but not limited to, the California Consumer Privacy Act ("CCPA") and Regulation (EU) 2016/679 (General Data Protection Regulation, or "GDPR"), as "personal data" or "special categories of personal data," and may be protected under such laws.

      We will process personal information in line with our privacy notice (which can be found at www.paulweiss.com/notices/privacy-policy).  If you provide us with personal information on individuals other than yourself, it is your responsibility to ensure that they are made aware of our privacy notice and you acknowledge that your processing and sharing with us of their information is undertaken in compliance with the CCPA, the GDPR and other applicable data privacy laws.

      **13.    Information Management and Email Encryption** — We will maintain and manage all information and documents related to our representation of you in our offices, on our computing devices and systems, and/or using third party service providers.  We evaluate such third party service providers, including "cloud" services, to ensure appropriate service agreements and technical and organizational controls are in place to help protect the confidentiality, integrity, availability, and security of such information.  To the extent that you require we use any other external system for communication or for storage, management, or transfer of information, you bear the responsibility for conducting such evaluations.

      While our email systems are configured to attempt encryption, additional setup is often required to ensure automated enforced encryption between our email systems. At your request we can work with you to configure the systems accordingly.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                            6

     **14.**    **Legal Updates, Publications and Events** — You agree that we may contact you with legal updates or other publications which we believe may be useful to you (for example, with details of relevant changes in law). In addition, you agree that we may send you invitations to events such as client seminars on various legal topics. We may contact you for these purposes by email, mail or telephone (as appropriate). If you prefer not to be contacted for these purposes, please email us at privacy@paulweiss.com.

     **15.**    **Governing Law, Choice of Jurisdiction and Venue and Waiver of Jury Trial** — Any controversy, dispute or claim arising out of this engagement shall be governed by and interpreted in accordance with the laws of the State of New York, without regard to any provisions of law governing conflicts of laws. Any cause of action, suit or proceeding (collectively, "Action") arising out of this engagement shall be brought only and exclusively in a court of competent jurisdiction located within the City of New York, County of New York, State of New York, and you hereby consent to and waive any and all objections to the personal jurisdiction of any such court and to the service of process by registered or certified mail, return receipt requested. Each party waives any and all objections to venue of such Action in such court, including objections based on such court being an inconvenient forum. You irrevocably and unconditionally, to the fullest extent permitted by applicable law, waive any right to trial by jury in such Action. You certify that you have considered the implications of this waiver of jury trial, make the waiver knowingly and voluntarily, and have not been induced to do so by the Firm's acceptance of this engagement.

     **16.**    **Entire Agreement** — These terms set out the entire agreement between you and us concerning our provision of legal services. Any modifications of or amendments to these terms must be in writing and agreed by both parties.

     **17.**    **Records Management and Retention** — The paper and electronic records we maintain related to our representation of you will include documents such as legal pleadings, transactional documents, substantive correspondence and other documents reasonably necessary to our representation of you in the matter (the "Client File"). The Client File is your property. The records may also include purely internal firm documents prepared for the purpose of facilitating performance of our legal services in the form of research memoranda, outlines, emails, handwritten notes and mark-ups of documents, as well as new matter intake forms and internal conflicts checking records. These records are our property. At the close of a specific matter, we will return to you your original documents, if any, related to the matter. At your request, any remaining records in the Client File will be returned to you at your expense. You agree that we may make physical or electronic copies if we choose at our own expense. You agree and understand that any materials left with us after the engagement has terminated may be retained or destroyed at our discretion without further notice to you and in a manner which preserves the confidential and secret nature of their contents. The firm's current policy is to retain records (other than duplicates and the like) for a period of ten years after the matter has terminated. In personal representation matters, the retention period is twenty years. At the expiration of the relevant retention period, the retained matter records will be destroyed, unless

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                    7

otherwise required by law or our legal hold policies.  Please advise us if you have a records
retention policy in place with which we will need to comply.

*   *   *

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

MLN US TopCo, Inc.                                                                  8

        Our goal is to serve you in an effective and efficient way, and we welcome your views on how we may best do so.  We encourage you to discuss with us any questions you might have concerning these matters.  Please signify your acceptance of the foregoing Terms of Engagement by signing the enclosed copy of this letter and returning it to me.  Please note that your instructing us or continuing to instruct us on the matter discussed above will constitute your full acceptance of the terms set out above.

        Again, we are all pleased at the chance to work on this matter and look forward to a successful outcome.

Sincerely,

*/s/ Alice Belisle Eaton*

Alice Belisle Eaton
Partner

AGREED:

By: _____
Name: Greg Hisdock
Title: EVP Legal, General Counsel & Corporate Secretary

## **Exhibit 2**

### **Potential Parties in Interest**

1.    **Debtors**

Mitel (Delaware), Inc.
Mitel Business Systems, Inc.
Mitel Cloud Services, Inc.
Mitel Communications Inc.
Mitel Europe Limited
Mitel Leasing, Inc.
Mitel Networks (International ) Limited
Mitel Networks Corporation
Mitel Networks, Inc.
Mitel Technologies, Inc.
Mitel US Holdings, Inc.
MLN TopCo Ltd.
MLN US HoldCo LLC
MLN US TopCo Inc.
MNC I, Inc.
Unify Inc.

2.    **Non-Debtor Affiliates**

Mitel do Brasil Comercio e Servicos de
    Telecomunicacoes Ltda.
Unify Soluções em Tecnologia da
    Informação Ltda.
Mitel Networks South Africa (PTY)
    Limited
Mitel Networks Limited
Unify Holding UK 1 Limited
Unify UK International Limited
Unify Enterprise Communications
    LimitedUnify Software and Solutions
    GmbH & Co. KG
MLN DE HoldCo GmbH
Mitel Deutschland GmbH
Unify Beteiligungsverwaltung GmbH &
    Co. KG
Unify Funding GmbH
Unify Communications and Collaboration
    GmbH & Co. KG
Unify International Verwaltung GmbH
Mitel Belgium NV
Mitel Networks Holdings Limited
Unify Enterprise UK Holdings Limited
Mitel Italia S.p.A.
Mitel Networks Greece AE
Mitel France SAS

Unify Sp. z o.o.
Mitel Austria GmbH
Mitel Networks (Bulgaria) EOOD
Mitel Czech Republic s.r.o.
Mitel Networks Hungary Kft
Mitel Networks Romania S.R.L.
Mitel Denmark A/S
Mitel Communications Finland Ab
Unify Holdings B.V.
Mitel Netherlands B.V.
Unify Germany Holdings B.V.
Mitel Norway AS
Unify Overseas Holdings B.V.
Aastra Telecom Portugal S.A.
Mitel Spain, S.L.U.
Mitel Schweiz AG
Unify AG
Mitel Sweden AB
MLN SE HoldCo AB
Mitel South Pacific Pty Ltd.
Mitel (Far East) Limited
Unify Limited
Mitel Suzhou Limited
Unify (China) Limited
Mitel Networks Middle East FZ-LLC
Mitel Communications Private Limited
Unify Limitada
Mitel Networks (New Zealand) Limited
Unify Communications S.A.
Unify Communications SpA
Mitel Networks Pension Trustee Company
    Limited
ShoreTel Pty. Limited
Inter-Tel Europe Limited
ShoreTel Australia Pty Ltd.
Aastra Telecom Australia (PTY) Limited
Unify Communications S.A.U
Unify Italy Srl
Mitel Singapore Pte. Ltd.
ShoreTel Philippines Corporation
DeTeWe Communications GmbH
Lake Communications Limited
Mitel Communications Technologies
    (Beijing) Company Limited
Mitel Incorporated Mexico, S.A de C.V.
Unify Corporate GmbH

---

1.    This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

**3.**    **Debtors' Previous Names, Predecessors, and Related Entities**

Oaisys Limited
Mitel NetSolutions of Virginia, Inc.
Inter-Tel NetSolutions, Inc.
Mitel NetSolutions, Inc.
Aastra USA Inc.
MLN UK HoldCo Limited
Inter-Tel Integrated Systems, Inc.
ShoreTel, Inc.
Inter-Tel, Incorporated
Inter-Tel (Delaware), Incorporated
Arsenal Acquisition Corporation
Executone Inter-Tel Business Information
    Systems, Inc.
InteCom Acquisition Inc.
EADS Telecom North America Inc.
Aastra U.S. Inc.
Aastra Intecom Inc.
Inter-Tel Leasing, Incorporated
Inter-Tel Communications, Inc.
Inter-Tel Technologies, Inc.
Integrated Telecom Services Corporation
Inter-Tel, Incorporated – New Jersey
Inter-Tel Midwest, Inc.
Sen, Inc
ShoreTel International, Inc.
Siemens Enterprise Communications, Inc.
Unify GmbH & Co. KG
101321 Holdings, LLC
ShoreTel Singapore Pte. Ltd.
Enterprise Systems Technologies S.a.r.l.
Unify Deutschland Holding GmbH
Unify Patente GmbH & Co. KG

**4.**    **Debtors' Restructuring and Other Significant Professionals**

Ernst & Young LLP
FTI Consulting, Inc.
KPMG LLP
Paul, Weiss, Rifkind, Wharton & Garrison
    LLP
Porter Hedges LLP
PJT Partners, Inc.
Goodmans LLP
Gleiss Lutz Hootz Hirsch PartmbB
    Rechtsanwalte, Steuerberater
Walkers

Ropes & Gray LLP

**5.**    **1% or More Equity Holders**

Searchlight II MLN, LP
Searchlight Capital Partners L.P.

**6.**    **Current and Former Officers and Directors (Up to 3 Years)**

Tarun Loomba
Janine Yetter
David Petts
Eric Hanson
Martin Bitzinger
Gregory Hiscock
Charles-Henry Duroyon
Jamshid Rezaei
Al Hurren
Karthik Arumugam
Luiz Domingos
Anthony Bellomo
Mary McDowell (former)
Terrence H. Matthews(former)
Richard McBee(former)
Benjamin H. Ball(former)
Martha H. Bejar(former)
Peter D. Charbonneau(former)
John P. McHugh(former)
Sudhakar Ramakrishna(former)
David M. Williams(former)
David Fuller
Julian Nemirovsky
Craig Evans
Richard Hodgetts (former)
Sarah Taylor (former)
Adam Reiss
Andrew Frey
Erol Uzumeri
Andrew Kidd
Francois Dekker
Nicolo Zanotto
Raul Sanchez
Paul Ciaramitaro
Michelle Whittington
Stavros Pethakas
Colin McAnuff (former)
Graham Bevington (former)
Margaret Walker (former)
Barbara Clarke (former)
Nathan Landrey (former)

**7.** **Lenders, Trustees, Agents, and Other Secured Parties**

American Alternative Insurance Corporation
American Express Travel Related Services Company, Inc
Amex Bank of Canada
Ruhr Energy
Siemens Mobility GMBH
Credit Suisse AG, Cayman Island Branch
Credit Suisse Loan Funding LLC
Goldman Sachs Bank USA
JP Morgan Chase Bank, N.A.,
WSFS Bank
Invesco Senior Secured Management, Inc.
Prudential Insurance
Sound Point Capital Management, L.P.
Apollo Global Management, Inc.
Octagon Credit Investors, LLC
Anchorage Capital, L.L.C
Nuveen Asset Management, LLC
Delaware Investments
Barclays Bank PLC-FD MGR
CQS (UK) LLP
NGC Capital Management LLC
British Columbia Investment Management Corporation
Ellington CLO Management LLC
Blue Owl Capital Holdings LLC
MacQuarie Investments US Inc.
HPS Investment Partners, LLC
Tennenbaum
FS Investments
Blackstone Debt Advisors (GSO Capital Partners) - FM
Credit Suisse
Tennenbaum Capital Partners, LLC
TIAA-CREF
Portfolio Advisors, LLC
Telos Asset Management LLC
400 Capital Management LLC
Bank of America
MJX Asset Management, LLC
Steele Creek Investment Management LLC
Palmer Square Capital Management LLC
Canaras Capital Management LLC
Highbridge Capital Management, LLC
BlueMountain Cap Mgmt (aka Assured Investment Mgmt LLC)

Federated Investment Management Company
Chicago Fundamental Investment Partners, LLC (aka CFI Partners LLC)
Redwood Capital Management, LLC
DoubleLine Capital, LP
Blackrock Financial Management
Abry Partners, LLC
Nassau Corporate Credit LLC
Blackstone (GSO Capital )
Goldman Sachs Asset Management
Aberdeen Asset Management
The Bank Of Nova Scotia
Oppenheimer Funds
Benefit Street Partners LLC.
Halcyon Restructuring Fund L.P.-FM
ZAIS Group LLC
J.H. Lane Partners, LP
Ares Management, LLC
IAM Funds Pty Ltd
Elliott Associates, L.P.
Five Arrows Managers LLP
SCOR Global Investment SE
Carlyle Investment Management, LLC
Atalaya Capital Management - Fund Manager
Cerberus Partners, L.P.
JP Morgan Chase
Jefferies & Company, Inc.
Symphony Asset Management
HSBC Bank
River Capital Pty LTD - FM
Credit Suisse Asset Management, LLC
KKR Credit Advisors (US) LLC
Bain Capital Credit, LP
LCM Asset Management LLC
Goldentree Asset Management LP
Trimaran Advisors, L.L.C.
Angelo, Gordon & Co., L.P.
AXA Investment Managers
First Eagle Alternative Credit LLC - FM
PPM America, Inc.
Shenkman Capital Management, Inc.
Liberty Mutual Group Asset Management Inc.
FS/KKR Advisor, LLC
Fortress Investment Group LLC
Churchill Financial LLC
Wilmington Savings Fund Society, FSB

U.S. PCI Services, LLC

Ankura Trust Company, LLC

UBS AG

610 Funding CLO 2 Ltd KY0M006GF2

Alinea CLO Ltd KY0M004B78

Alm 2020 Ltd KY0M0066W4

Anchorage Capital CLO 25 Ltd
  KY0M008566

Anchorage Credit Funding 1 Ltd
  KY0M002VQ7

Anchorage Credit Funding 10 Ltd
  KY0M0068W0

Anchorage Credit Funding 11 Ltd
  KY0M006B19

Anchorage Credit Funding 12 Ltd
  KY0M006T27

Anchorage Credit Funding 2 Ltd
  KY0M0037R5

Anchorage Credit Funding 3 Ltd
  KY0M003L28

Anchorage Credit Funding 4 Ltd
  KY0M003RH2

Anchorage Credit Funding 5 Ltd
  KY0M004JG9

Anchorage Credit Funding 6 Ltd
  KY0M004TG8

Anchorage Credit Funding 7 Ltd
  KY0M0059C1

Anchorage Credit Funding 8 Ltd
  KY0M005MK2

Anchorage Credit Funding 9 Ltd
  KY0M005Z46

Annisa CLO Ltd KY0M003FB0

Apollo Credit Master Fund Ltd
  KY0M001GT4

Apollo Trust US Broadly Syndicated Loan
  LLC US0M00L9D1

Athora Lux Invest Nl Leveraged Finance
  LU0M002Kl7

Bank Of America NA US1L223141

Barclays Bank Plc GB1L182938

Bardot CLO Ltd KY0M005K01

Beluga Imc Inc CA0M0028K7

Betony CLO 2 Ltd KY0M004W32

Carbone CLO Ltd KY0M0042N4

Credit Opportunities Fund A Sub Fund Of
  Pgim Fixed Income Alternatives Master
  Fund ICAV IE0M0022V7

Diversified Credit Portfolio Ltd
  KY1L201971

Diversified Loan Fund Syndicated Loan A
  SARL LU0M001PF0

Dryden 104 CLO Ltd KY0M007VF9

Dryden 105 CLO Ltd KY0M0080K0

Dryden 106 CLO Ltd KY0M0081Z6

Dryden 109 CLO Ltd JE0M000823

Dryden 37 Senior Loan Fund
  KY0M002NN1

Dryden 38 Senior Loan Fund
  KY0M002R15

Dryden 40 Senior Loan Fund
  KY0M002H66

Dryden 41 Senior Loan Fund
  KY0M003302

Dryden 42 Senior Loan Fund
  KY0M003310

Dryden 43 Senior Loan Fund
  KY0M003K45

Dryden 45 Senior Loan Fund
  KY0M0034C4

Dryden 49 Senior Loan Fund
  KY0M003Pd5

Dryden 50 Senior Loan Fund
  KY0M003Rs9

Dryden 53 CLO Ltd KY0M0042C7

Dryden 54 Senior Loan Fund
  KY0M004185

Dryden 55 CLO Ltd KY0M004193

Dryden 58 CLO Ltd KY0M0047V6

Dryden 60 CLO Ltd KY0M004839

Dryden 61 CLO Ltd KY0M004GG5

Dryden 64 CLO Ltd KY0M004Q30

Dryden 65 CLO Ltd KY0M004N41

Dryden 68 CLO Ltd KY0M004QJ8

Dryden 70 CLO Ltd KY0M004VB5

Dryden 72 CLO Ltd KY0M005091

Dryden 75 CLO Ltd KY0M005BB4

Dryden 76 CLO Ltd KY0M005BC2

Dryden 77 CLO Ltd KY0M005HS5

Dryden 78 CLO Ltd KY0M005G23

Dryden 80 CLO Ltd KY0M005RZ9

Dryden 83 CLO Ltd KY0M0069K3

Dryden 85 CLO Ltd KY0M006BL1

Dryden 86 CLO Ltd KY0M006KZ2

Dryden 87 CLO Ltd KY0M007931

Dryden 90 CLO Ltd KY0M007C41

Dryden 92 CLO Ltd KY0M0079C9

Dryden 93 CLO Ltd KY0M007DG5

Dryden 94 CLO Ltd KY0M007GV7

Dryden 95 CLO Ltd KY0M007HC5

Dryden 97 CLO Ltd KY0M007K25

Dryden 98 CLO Ltd KY0M007K90
Grouse Funding LLC US0M01HH29
Invesco CLO 2021 1 Ltd KY0M0066H5
Invesco CLO 2021 2 Ltd KY0M0075R5
Invesco CLO 2021 3 Ltd KY0M007Bs4
Invesco CLO 2022 1 Ltd KY0M007Jk4
Invesco CLO 2022 2 Ltd KY0M007Sv2
Invesco Dynamic Credit Opportunity
    Fund US1L063323
Invesco Floating Rate ESG Fund
    US1L185464
Invesco Floating Rate Income Fund
    Ca1L059137
Invesco Peak Nine Lp Us0M01Lx31
Invesco Sakura Us Senior Secured Fund
    KY0M005620
Invesco Senior Floating Rate Fund
    US0M016Tz3
Invesco Senior Income Trust
    US1L029357
Invesco Senior Loan Fund US1L101529
Invesco Ssl Fund LLC US0M00Q563
Invesco Teton Fund LLC US0M01B0G4
Invesco Us CLO 2024 1 Ltd
    KY0M006Z94
Invesco Zodiac Funds Invesco European
    Senior Loan ESG Fund LU0M0023G1
Invesco Zodiac Funds Invesco European
    Senior Loan Fund LU1L467222
Invesco Zodiac Funds Invesco US Senior
    Loan Fund LU1L028412
Memorial Health System US0M01Flw1
Mercer Qif Fund Plc Mercer Multi Asset
    Credit Fund Ie0M0021F2
Midcap Financial Investment Corporation
    US1L143026
Newark Bsl CLO 1 Ltd KY0M0053F7
Newark Bsl CLO 2 Ltd KY0M0053G5
Nuveen Opportunistic Strategies LLC
    US0M01Cqv9
PGIM ETF Trust PGIM Floating Rate
    Income ETF US0M01H3C1
PGIM Global High Yield Fund Inc
    US1L547267
PGIM High Yield Bond Fund Inc
    US1L482325
PGIM Qualifying Investor Funds Plc
    PGIM QIF Global Loan ESG Fund
    Ie0M002Lr2
PGIM Short Duration High Yield
    Opportunities Fund US0M01Bjp8

Prudential Bank Loan Fund of the
    Prudential Trust Company Collective
    Trust US1L124026
Prudential Investment Portfolios Inc 14
    PGIM Floating Rate Income Fund
    US1L328239
Prudential Investment Portfolios Inc 15
    PGIM ESG High Yield Fund
    US0M01Fn80
Prudential Investment Portfolios Inc 15
    PGIM High Yield Fund US1L034712
Prudential Investment Portfolios Inc 15
    PGIM Short Duration High Yield
    Income Fund US1L546277
Prudential Strategic Credit Fund of the
    Prudential Trust Company Collective
    Trust US0M016Fm0
Recette CLO Ltd KY0M002S55
Riserva CLO Ltd KY0M003ND0
RR 1 Ltd KY1L557026
RR 12 Ltd KY0M000Qz2
RR 14 Ltd KY0M0075H6
RR 17 Ltd KY0M006Xl5
RR 2 Ltd KY0M004Bm4
RR 5 Ltd KY0M004Sl0
RR 6 Ltd KY0M004Sk2
RR 8 Ltd KY0M005Rc8
Sentry Insurance Company US1L146938
Sound PoInt CLO II Ltd KY1L554494
Sound PoInt CLO III R Ltd
    KY0M004PQ5
Sound PoInt CLO IV R Ltd
    KY0M004PT9
Sound PoInt CLO IX Ltd KY0M002SN0
Sound PoInt CLO V R Ltd KY0M004Q06
Sound PoInt CLO VI R Ltd
    KY0M004ZR2
Sound PoInt CLO VII R Ltd
    KY0M0057V5
Sound PoInt CLO XIX Ltd
    KY0M004HB4
Sound PoInt CLO XV Ltd KY0M003S13
Sound PoInt CLO XVI Ltd KY0M003Z22
Sound PoInt CLO XVII Ltd
    KY0M004276
Sound PoInt CLO XVIII Ltd
    KY0M004C85
Sound PoInt CLO XX Ltd KY0M004JW6
Sound PoInt CLO XXI Ltd
    KY0M004TH6

Sound PoInt CLO XXII Ltd
KY0M0054C2

Sound PoInt CLO XXIII Ltd
KY0M005DH7

Sound PoInt CLO XXIV Ltd
KY0M005JP7

Sound PoInt CLO XXIX Ltd
KY0M0071M5

Sound PoInt CLO XXV Ltd
KY0M005RS4

Sound PoInt CLO XXVI Ltd
KY0M006KX7

Sound PoInt CLO XXVII Ltd
KY0M006560

Sound PoInt CLO XXVIII Ltd
KY0M0069S6

Sound PoInt CLO XXX Ltd
KY0M007345

Sound PoInt CLO XXXI Ltd
KY0M007352

Sound PoInt CLO XXXII Ltd
KY0M0071K9

Sound PoInt CLO XXXIII Ltd
KY0M0074W8

Sound Point Credit Opportunities Master
Fund LP KY1L190737

Sound Point Tactical Loan Opportunity
Master Fund I DAC IE0M0020G2

Stichting Pensioenfonds PGB
NL0M000XM7

Upland CLO Ltd KY0M0031F3

Verde CLO Ltd KY0M004LD2

Bank of Montreal CA1L105765

Fifth Third Bank NA US1L108029

The Toronto Dominion Bank New York
Branch CA1L316057

UBS AG Stamford Branch CH1L157118

Aberdeen Income Credit Strategies Fund
US0M0137V1

Apollo Debt Solutions BDC
US0M01FXP0

Baloise Senior Secured Loan Fund III
LU0M001J50

Bandera Strategic Credit Partners II LP
US0M014DC1

Delaware Ivy Asset Strategy Fund
US0M01FJ52

Delaware Ivy High Income Fund
US0M01FK34

Delaware Ivy Multi Asset Income Fund
US0M01FK83

Delaware Ivy Strategic Income Fund
US0M01FKB7

Dryden 30 Senior Loan Fund
KY0M000S73

Dryden 36 Senior Loan Fund
KY0M002KB2

Dryden 47 Senior Loan Fund
KY0M003P08

Dryden Xxvi Senior Loan Fund
KY1L556887

Harbourview CLO VII R Ltd
KY0M005Q88

Invesco Zodiac Funds Invesco US Senior
Loan ESG Fund LU0M0020H5

Kolumban Alternative Investments Loans
CH0M000CC3

Leveraged Loan JPY Hedged Fund A
Series of Cayman World Invest Trust
KY0M003P32

Macquarie VIP High Income Series
US0M01FK18

Madison Flintholm Senior Loan Fund I
Designated Activity Company
IE0M002VC3

Milos CLO Ltd KY0M003WM2

Minnesota State Board Of Investment
US0M01BJZ7

Octagon Credit All Weather Income Fund
KY0M0056Q7

Octagon High Income Master Fund Ltd
KY1L317918

Octagon Investment Partners 18R Ltd
KY0M004PK8

Octagon Investment Partners 26 Ltd
KY0M0030Q2

Octagon Investment Partners 27 Ltd
KY0M003GD4

Octagon Investment Partners 30 Ltd
KY0M003VL6

Octagon Investment Partners 31 Ltd
KY0M003XK4

Octagon Investment Partners 34 Ltd
KY0M004J05

Octagon Investment Partners 35 Ltd
KY0M0047N3

Octagon Investment Partners 36 Ltd
KY0M0048P6

Octagon Investment Partners 37 Ltd
KY0M004KG7

Octagon Investment Partners 39 Ltd
KY0M0052M5

Octagon Investment Partners 42 Ltd KY0M004XQ9

Octagon Investment Partners XIV Ltd KY1L546136

Octagon Investment Partners XV Ltd KY1L556903

Octagon Investment Partners XVI Ltd KY0M000FW2

Octagon Investment Partners XVII Ltd KY0M000R90

Octagon Investment Partners XXI Ltd KY0M002Jk5

Octagon Investment Partners XXII Ltd KY0M002B39

Octagon Loan Funding Ltd KY0M002G75

Octagon Senior Secured Credit Master Fund Ltd KY1L440249

Scorlux Sicav SIF Global Loans LU0M001VM4

Sound Point CLO VIII R Ltd KY0M005Jh4

State of Wyoming US0M01G7Z4

XAI Octagon Floating Rate and Alternative Income Trust US0M012QC7

Menard Inc US0M00BQW1

Nuveen Alternative Investment Funds SICAV SIF Nuveen US Senior Loan Fund LU0M001B41

Nuveen Credit Strategies Income Fund US1L118465

Nuveen Floating Rate Income Fund A Series of Nuveen Investment Trust III US1L335606

Nuveen Floating Rate Income Fund US1L024150

Nuveen Multi Asset Income Fund US0M01FM32

Nuveen Senior Loan Fund LP US0M01B4D3

Pensiondanmark Pensionsforsikringsaktieselskab DK0M0002K9

Principal Diversified Real Asset CIT US0M0088M5

Principal Funds Inc Diversified Income Fund US0M01G4G1

Principal Funds Inc Diversified Real Asset Fund US1L421190

Symphony CLO XIX Ltd KY0M004R39

Symphony CLO XVI Ltd KY0M002W67

Symphony CLO XX Ltd KY0M005Cb2

Symphony CLO XXI Ltd KY0M005S11

Symphony Floating Rate Senior Loan Fund CA0M002244

TIAA CREF Core Bond Fund US1L556151

TIAA CREF Core Plus Bond Fund US1L200750

TIAA Global Public Investments LLC Series Loan US1L336208

Blackrock DLF IX 2019 G CLO LLC US0M017ZT1

Blackrock Rainier CLO VI Ltd KY0M0079H8

Octagon 56 Ltd KY0M0078H0

Octagon 57 Ltd KY0M0078Q1

Octagon 59 Ltd KY0M007Mp7

Octagon Credit Opportunities Master Fund LP KY0M002LJ3

Reliance Standard Life Insurance Company US0M00XV48

Safety National Casualty Corporation US0M00Z432

TCP Direct Lending Fund VIII A LLC US0M00Z4S4

TCP Direct Lending Fund VIII L Ireland IE0M001JN7

TCP Direct Lending Fund VIII S LLC US0M013LD4

TCP Direct Lending Fund VIII U Ireland IE0M001JM9

TCP DLF VIII T Funding LLC US0M016Q81

TCP Enhanced Yield Funding I LLC US0M010X62

Tennenbaum Senior Loan Fund II LP US0M008NT6

Tennenbaum Senior Loan Fund V LLC US0M00NlQ9

TMD DL Holdings LLC US0M00Z424

Battery Park CLO Ltd KY0M005D83

CFIP CLO 2017 1 Ltd KY0M003TH8

CFIP CLO 2018 1 Ltd KY0M004N09

GIM Credit Master Lux SARL LU0M0014C9

Goldman Sachs Lux Investment Funds High Yield Floating Rate Portfolio Lux LU0M0006P7

Goldman Sachs Trust Goldman Sachs
    High Yield Floating Rate Fund
    US1L251894
Redwood Opportunity Master Fund Ltd
    KY1L117664
Royal Bank of Canada CA1L116960
Strata CLO II Ltd KY0M0070X4
Whitefish Funding ULC CA0M002B11
Zurich American Insurance Company
    US1L161259
400 Capital Credit Opportunities Master
    Fund Ltd.
400 Capital TX COF I LP
ACM ASOF VIII Secondary-C LP
AIC Company Limited
Ares L CLO Ltd.
Bank Loan Core Fund
Bank of America, N.A.
Bank of America, N.A. (10)
Barclays Bank Plc (1)
Blackstone Long-Short Credit Income
    Fund
Blackstone Senior Floating Rate Term
    Fund
Blackstone Strategic Credit 2027 Term
    Fund
Blair Funding LLC
BlueMountain CLO 2013-2 Ltd.
BlueMountain CLO 2014-2 Ltd.
BlueMountain CLO 2015-3 Ltd.
BlueMountain CLO 2015-4 Ltd.
BlueMountain CLO 2016-2 Ltd.
BlueMountain CLO 2016-3 Ltd.
BlueMountain CLO 2018-1 Ltd.
BlueMountain CLO 2018-2 Ltd.
BlueMountain CLO 2018-3 Ltd.
BlueMountain CLO XXII Ltd.
BlueMountain CLO XXIII Ltd.
BlueMountain CLO XXIV Ltd.
BlueMountain CLO XXIX Ltd.
BlueMountain CLO XXV Ltd.
BlueMountain CLO XXVI Ltd.
BlueMountain CLO XXVIII Ltd.
BlueMountain CLO XXX Ltd.
BlueMountain CLO XXXI Ltd.
BlueMountain CLO XXXII Ltd.
BlueMountain CLO XXXIII Ltd.
BlueMountain CLO XXXIV Ltd.
BlueMountain CLO XXXV Ltd.
BlueMountain Fuji US CLO I, Ltd.
BlueMountain Fuji US CLO II, Ltd.

BlueMountain Fuji US CLO III, Ltd.
Boston Patriot Milk St LLC
Boyce Park CLO, Ltd.
Bristol Park CLO, Ltd.
Buckhorn Park CLO, Ltd.
Buttermilk Park CLO, Ltd.
Catskill Park CLO, Ltd.
Cerberus Corporate Credit Fund, L.P
Chenango Park CLO, Ltd.
Cook Park CLO, Ltd.
Dewolf Park CLO, Ltd.
Diversified Credit Portfolio Ltd
Ellington CLO I Ltd.
Ellington CLO II Ltd.
Ellington CLO III Ltd.
Ellington CLO IV Ltd.
Ellington Special Relative Value Fund
    LLC
Elliott International, L.P.
Fillmore Park CLO, Ltd.
Greenwood Park CLO, Ltd.
Grippen Park CLO, Ltd.
Halcyon Loan Advisors Funding 2015-1
    Ltd.
Halcyon Loan Advisors Funding 2015-2
    Ltd.
Halcyon Loan Advisors Funding 2015-3
    Ltd.
Harbor Park CLO, Ltd.
Invesco Floating Rate ESG Fund
Invesco Funds III - Invesco US Senior
    Loan Fund
Invesco Peak Nine, L.P.
Invesco Senior Floating Rate Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco SSL Fund LLC
Invesco Teton Fund LLC
Invesco Zodiac Funds - Invesco US Senior
    Loan ESG Fund
J.H. Lane Partners Master Fund, LP
Jefferies Leveraged Credit Products LLC
JPMorgan Chase Bank, N.A. (1)
Long Point Park CLO, Ltd.
Menard, Inc. - Nuveen
MJX Partners LLC
Myers Park CLO, Ltd.
Nassau 2018-I Ltd.
Nassau 2018-II Ltd.
Nassau 2019-I Ltd.
Niagara Park CLO, Ltd.

Nuveen Alternative Investment Funds
SICAV-SIF - Nuveen US Senior Loan
Fund
Nuveen Credit Strategies Income Fund
Nuveen Floating Rate Income Fund
Nuveen Floating Rate Income Fund, A
Series of Nuveen Investment Trust III
Nuveen Multi-Asset Income Fund
Nuveen Opportunistic Strategies LLC
Nuveen Senior Loan Fund, L.P.
Ocean Trails CLO VII
Palmer Square BDC Funding I LLC
Palmer Square CLO 2014-1, Ltd.
Palmer Square CLO 2015-1, Ltd.
Palmer Square CLO 2015-2, Ltd.
Palmer Square CLO 2018-1, Ltd.
Palmer Square CLO 2018-2, Ltd.
Palmer Square CLO 2018-3, Ltd.
Palmer Square CLO 2019-1, Ltd.
Parallel 2017-1, Ltd.
PensionDanmark
Pensionsforsikringsaktieselskab -
Symphony
Principal Diversified Real Asset CIT.
Principal Funds, Inc. - Diversified Income
Fund - Nuveen
Principal Funds, Inc. - Diversified Real
Asset Fund
Saranac CLO III Limited
Saranac CLO VI Limited
Saranac CLO VII Limited
Sei Institutional Investments Trust - High
Yield Bond Fund - Benefit Street
Sei Institutional Managed Trust - High
Yield Bond Fund - Benefit Street
Sentry Insurance Company
Southwick Park CLO, Ltd.
Steele Creek CLO 2014-1R, Ltd.
Steele Creek CLO 2016-1, Ltd.
Steele Creek CLO 2017-1, Ltd.
Steele Creek CLO 2018-1, Ltd.
Steele Creek CLO 2018-2, Ltd.
Steele Creek CLO 2019-1, Ltd.
Steele Creek CLO 2019-2, Ltd.
Steele Creek Loan Funding I, LLC
Stewart Park CLO, Ltd.
Symphony CLO XIX, Ltd.
Symphony CLO XVI, Ltd.
Symphony CLO XX, Ltd.
Symphony CLO XXI, Ltd.

Symphony Floating Rate Senior Loan
Fund
Thayer Park CLO, Ltd.
TIAA Global Public Investments, LLC -
Series Loan
TIAA-CREF Bond Plus Fund
TIAA-CREF Core Bond Fund
U.S. High Yield Bond Fund - Benefit
Street
Venture 28A CLO, Limited
Venture 31 CLO, Limited
Venture 34 CLO, Limited
Venture 36 CLO, Limited
Venture 37 CLO, Limited
Venture 38 CLO, Limited
Venture 41 CLO, Limited
Venture XIX CLO, Limited
Venture XVIII CLO, Limited
Venture XXII CLO, Limited
Venture XXIX CLO, Limited
Venture XXVII CLO, Limited
Venture XXX CLO, Limited
Wellfleet CLO 2016-1, Ltd.
Wellfleet CLO 2016-2, Ltd.
Wellfleet CLO 2017-1, Ltd.
Wellfleet CLO 2017-2, Ltd.
Wellfleet CLO 2017-3, Ltd.
Wellfleet CLO 2018-1, Ltd.
Wellfleet CLO 2018-2, Ltd.
Wellfleet CLO 2018-3, Ltd.
Wellfleet CLO 2019-1, Ltd.
Wellfleet CLO 2020-1, Ltd.
Wellfleet CLO 2020-2, Ltd.
Wellfleet CLO 2021-1, Ltd.
Wellfleet CLO X, Ltd.
ZAIS CLO 7, Limited
AIC COP Facility 2, LLC
AIC Investments (LHR) Ltd.
Cardinal Fund, L.P.
Doubleline Income Solutions Fund
Doubleline Opportunistic Credit Fund
Florida Power & Light Company
Qualified Decommissioning Trusts For
Turkey Point And St. Lucie Nuclear
Plants
Institutional Credit Fund Subsidiary, L.P.
Nuveen Corporate Arbitrage And Relative
Value Fund, L.P.
PACSF SPV 2018, L.P.
Pinnacle Fund Services Limited ATF
Antipodes Global Credit Opportunities

Portfolio Advisors Credit Strategies Fund, L.P.
Vector Capital Credit Opportunity Master Fund LP
Vector Capital Insurance Fund Series Interests of the SALI Multi-Series Fund, LP
Vector Pantheon LP
Zalico VL Series Account - 2

8. **Contract Counterparties**

Atos Group
Atos IT Solutions and Services Inc
Atos IT Outsourcing Services  LLC
Eviden International
Martello Technologies Corporation
Estech Systems IP LLC
RPX Corporation
Ringcentral Inc
Wistron Corporation
Amazon Web Services Inc
1111 Systems Inc
Ascom (Sweden) Ab
Rackspace US Inc
Wachtell Lipton Rosen And Katz
4000 Innovation CMHC
Clearspan LLC
Concentrix CVG Customer Management
Quantum Crossings LLC
Intelisys Inc
Eviden International France SAS
HCL Technologies Limited
ASC Americas Inc Eur
Accessline Communications
Granite Park NM GP IV LP
Whetstone Legacy Campus L P
Microsoft Corporation
Salesforce Com Canada Corporation
Innovatia Technical Services Inc
Sunlife Assurance Company Of Canada
Softtek Integration Systems Inc
Workday Limited
American Express Corp Services
Shenzhen Dinstar Co Ltd
Flextronics Sales
IDI Billing Solutions
Taylor Wessing
Intrado Life And Safety Inc
Deloitte LLP
CPA Global

Cyrusone MSA LLC
EBQ LLC
Telarus LLC
Movate Inc
TC III SPP South LLC
Equinix Inc
Avant Communications Inc
Jenne Distributors
HG Oakmead LLC
Earthbend LLC
Amazon Web Services Canada Inc USD
Inteliquent Inc
Hewlett Packard Financial Services
Whetstone Legacy Campus L P
Tech Mahindra Limited
Fedex ERS
ASC Americas Inc
Celestica International LP Usa
Massie And Company LLC
Beyond Technologies Consulting Inc
Rackspace US Inc
EIP Fountain Square LLC
Hydro Ottawa Limited
SAP Canada Inc
Oracle Canada Ulc
ScanSource, Inc.
Accordion Partner LLC
American Communications Industries
Appsmart Agent Services
ASC Americas Inc USD
AT and T Telco
Bandwidth Inc.
Cantor Realty Corp Brokerage
CCF Ind Broadway LLC
Delta Dental Insurance Company
Enghouse Interactive Canada Inc.
Insight Direct USA Inc
K and L Gates LLP
Lincoln National Life Insurance
Phybridge Inc.
Sandler Partners LLC
Softchoice LP – CAD
Sourcewell
Syntax Systems Limited
Thredpartners
Universal Service Admin Co
Verizon Business

9. **Top Unsecured Creditors**

Estech Systems IP, LLC

Amazon Web Services Inc.
Rackspace US Inc.
Martello Technologies Corporation
ASC Americas Inc.
HCL Technologies Limited
Wistron Corporation
1111 Systems Inc.
Granite Park NM GP IV LP
Ascom Sweden AB
CPA Global
Workday Limited
Softchoice LP
Innovatia Technical Services Inc.
Softtek Integration Systems Inc.
IDI Billing Solutions
EBQ LLC
Zuora Inc.
Concentrix CVG Customer
   Management
TC III SPP South LLC
Microautomation Inc.
Syntax Systems Limited
Genesys Cloud Services Inc.
Movate Inc.
Shenzhen Dinstar Co Ltd.
Tech Mahindra Limited
People AI Inc.
RingCentral Inc.
Atos
NICE Systems Inc.

**10.** **UCC Lienholders**

Citizens Bank, N.A., as Administrative
   Agent
Credit Suisse AG, Cayman Islands
   Branch, as Collateral Agent
Credit Suisse AG, Cayman Islands
   Branch, as First Lien Collateral Agent
Credit Suisse AG, Cayman Islands
   Branch, as Second Lien Collateral
UBS AG, Stamford Branch, as Collateral
   Agent
His Majesty in Right of Ontario
   Represented by the Minister of Finance
Hewlett-Packard Financial Services
   Canada Company

Compagnie De Services Financiers
   Hewlett-Packard Canada

**11.** **Ordinary Course Professionals**

Accordion Partners LLC
Deloitte LLP
White and Case LLP
Taylor Wessing
Quinn Emanuel Urquhart & Sullivan LLP
Venner Shipley LLP
Schellman & Company LLC
Berardi Immigration Law
TaylorWessing Braner Odor Es Tars
Osler Hoskin and Harcourt LLP
KMPG AG
ZLW Law Group LLC
Loyens and Loeff Switzerland
Wachtell, Lipton, Rosen & Katz LLP
Praecipio Consulting LLC
Leading Edge Consulting
Snell and Wilmer LLP
Haynes and Boone LLP
Schaafhausen Patentanwalte Partgmbb
Aon Consulting Inc
Rego Consulting Corporation
Double T Consulting LLC
Cahill Gordon and Reindel LLP
White and Case LLP
Ogletree Deakins International LLP
Arent Fox Schiff LLP
KBG Network Consulting LLC
Alphas Investment Consulting Group
Main Communications Consulting
Anybill
CPA Global
Perry + Currier Inc.
Gowlings WLG LLP
Marshlian and Donahue PLLC
McDermott Will and Emery LLP
Bell Nunnally and Martin LLP
TMF Group BV
CSC Corporate Domains Inc.
CT Corporation System
Orrick Herrington and Sutcliffe, LLP
PricewaterhouseCoopers, LLP
Growling WLG
Trilegal
KL Discovery

**12.** **Professionals Representing Parties**

Davis Polk & Wardwell, LLP
Frost Brown Todd LLP
Hengeler Mueller Partnerschaft von
   Rechtsanwälten mbB
Kane Russell Coleman Logan PC
Latham & Watkins LLP
Perella Weinberg Partners LP
Riemer | Braunstein LLP
Selendy Gay Elsberg PLLC

**13.**   **Utility Providers**

Hydro Ottawa Limited
Enbridge Gas Distribution Inc
City of Ottawa Revenue Services
Salt River Project (SRP)
Friedman Recycling
Peoples Gas
Action Cleaning System Inc
J and J Air Conditioning Inc
Thompson Safety Phoenix
Spotless Commercial Services
Data Processing Air Corporation
O Neill Mechanical Service Inc
Sabras Termite and Pest Control
Labrador
Zayo Canada Inc
Bell Canada
Bell Mobility
AT and T Global Services Canada
Thinktel
Bell MTS
On Call Message Centre
Rogers AT and T
Zayo
Verizon
Cox
AT&T
AT&T Mobility
Cogent
Xtraclean Cleaning Services
Arctic Fall Spring Water I

**14.**   **Significant Suppliers and Vendors**

Ringcentral Inc
Wistron Corporation
Amazon Web Services Inc
1111 Systems Inc
Ascom (Sweden) Ab

Rackspace US Inc
Martello Technologies Corporation
Wachtell Lipton Rosen And Katz
4000 Innovation CMHC
Clearspan LLC
Concentrix Cvg Customer Management
Quantum Crossings LLLC
Davis Polk And Wardwell LLP
Intelisys Inc
Eviden International France SAS
HCL Technologies Limited
ASC Americas Inc Eur
Accessline Communications
Granite Park NM GP IV LP
Universal Service Admin Co
Whetstone Legacy Campus L P
Microsoft Corporation
Salesforce Com Canada Corporation
Innovatia Technical Services Inc
Accordion Partners LLC
Softtek Integration Systems Inc
Workday Limited
American Express Corp Services
Shenzhen Dinstar Co Ltd
Flextronics Sales
IDI Billing Solutions
Taylor Wessing
Intrado Life And Safety Inc
Fti Consulting Inc
SunLife Assurance Company Of Canada
Deloitte LLP
CPA Global
Cyrusone MSA Llc
EBQ LLC
Telarus LLC
Movate Inc
TC III SPP South LLC
Equinix Inc
Avant Communications Inc
Jenne Distributors
HG Oakmead LLC
Earthbend LLC
CCF IND Broadway LLC
Gleiss Lutz Hootz Hirsch PartmbB
Orrick Herrington And Sutcliffe LLP
K And L Gates LLP
Insight Direct USA Inc
Sandler Partners LLC
Amazon Web Services Canada Inc USD
Inteliquent Inc
American Communications Industries

Hewlett Packard Financial Services
Tech Mahindra Limited
Fedex ERS
ASC Americas Inc
Celestica International LP Usa
Massie And Company LLC
Beyond Technologies Consulting Inc
Sourcewell
EIP Fountain Square LLC
Lincoln National Life Insurance
Appsmart Agent Services Inc
SAP Canada Inc
Texas Comptroller Of Public Account
Thredpartners
Gn Audio A S
Oracle Canada Ulc
Scansource, Inc.
Iland Europe Ltd
Bandwidth Inc
RPX Corporation
Tomlinson Environmental Services Ltd.
Ascom(Sweden) AB
Sun Life Assurance Company of Canada

**15.** **Significant Customers, Distributor Partners, and Channel Partners**

ScanSource, Inc
ScanSource Canada
Jenne Distributor
Marco Technologies
NCL Bahamas Ltd
Royal Caribbean Cruises
Windstream
Total Communications
Fulton Communications
WWT Inc.
BBS Communications
Maverick Networks Inc.
Telecomp Holdings Inc.
High Point Networks LLC
Gibson Teldata
Telecom Innovations Group
Cady Business
Pinnacle Communications Corp.
Protel Communications
Zayo Group LLC
NYC Department of Education
TD Synnex
Zayo Canada
Sunco Communications & Install Ltd

Communicaciones Desde La Nube
Ontario Shared Services
Telecommunications Services of Trinidad and Tobago
Kyndryl
Parker-Hannifin
New York City Board of Education
The University of Texas South Western Hospital
Kyndryl State of Oregon
Jackson Memorial Hospital
Baltimore County Maryland
Ethan Global Pty Ltd T/A Ethan
Anne Arundel Medical Center
Kyndryl Inc
Foundation Risk Partners dba Acentria Ins
Luminis Health
Omni Cable Corporation
ACP Creativit LLC
Advanced Imaging Solutions, Inc.
Affiliated Telephone, Inc.
Alaska Communications Systems
Allbridge, LLC
All-Mode Communications, Inc.
Atcom, Inc.
B & B Networks, Inc.
Blue Violet Networks
BSB Communications, Inc.
Business Communication Specialists
Cady Business Technologies, Inc.
Chesapeake Communications, Inc.
Citizens Telecom Services Company,
CMS Communications, Inc.
CNP Technologies, LLC
Communications Resources, Inc.
Communications Supply Services
Comstar Technologies, LLC
Consolidated Technology Solutions
CPI Telecommunications, Inc.
D & S Communications, Inc.
Design Business Communications, Inc
Eastern Datacomm, Inc.
Firstline Communications, Inc.
Forerunner Technologies, Inc.
Fulton Communications Telephone
Gibson Teldata, Inc.
Global CTI Group, Inc.
Harbor Networks, Inc.
Heartland Business Systems, LLC
High Point Networks, LLC
Incotel-Isq, Inc.

Inflow Communications, LLC
Innovative Communication Systems, I
Introtel Communications Inc.
IPC Technologies, Inc.
Kidwell Inc
Marco Technologies, LLC. (MN)
Maverick Networks, Inc.
Mgt Impact Solutions LLC
Millennia Telecom, LLC
Morefield Communications Inc
Morse Communications, Inc.
Moss Audio Corporation
Norcom Communications Solutions
Norstan Communications, Inc.
Norstar Networks
Pacific Office Automation, Inc.
Packet Fusion, Inc.
Parallel Technologies, Inc.
Partners Technology, LLC
Peak Methods, Inc.

16. **Significant Competitors**

Cisco Systems, Inc.
Avaya Holdings LLC
NEC Corporation of America
Alcatel-Lucent Enterprise
RingCentral
Broadcom Inc.

17. **Debtors' Banks**

JPMorgan Chase Bank N.A.
HSBC Bank PLC
Royal Bank of Canada

18. **Insurers, Insurance Agents, and Sureties**

Purves Redmond Limited
McGriff Insurance Services LLC
Chubb Insurance Company of Canada
Chubb Group of Insurance Companies
Chubb Insurance (Switzerland) Ltd.
Chubb European Group SE
Chubb European Group SE, a Norwegian
    Registered Foreign Company (NUF)
ICICI Lombard General Insurance Compa
    ny LTD
Chubb Versicherungen (Schweiz) AG

Huatai Property & Casualty Insurance
    Co., Business Department
Chubb Seguros México, S.A.
Chubb Seguros Argentina S.A.
Bulstrad Vienna Insurance Group
Chubb Seguros
Chubb Seguros Colombia S.A.
OMNIASIG – Vienna Insurance Group
    SA
Chubb Seguros Brasil S.A.
Chubb European Group SE, Sucursal en
    España
Zurich Insurance Company Ltd.
Markel
CNA Canada
Mosaic Insurance Services Canada ULC
Berkley Insurance Company
AXIS Reinsurance Company (Canadian
    Branch)
Great Northern Insurance Company
Allianz
Zurich Aseguradora Argentina S.A.
Travelers Insurance Company of Canada
AIG Insurance Company of Canada
RoyalStar Assurance
Great American Insurance Company
    (Canadian Branch)
Allianz Insurance plc.
MSIG Insurance (Singapore) Pte. Ltd.
MSIG Insurance (Hong Kong) Limited
American Home Assurance Company
    (Dubai Br.)
Dansk Arbejdsskadeforsikring A/S
Codan
Groupama Phoenix Hellenic Insurance
    Company
S.A.Old Republic Surety Company
XL Specialty Insurance Company
If P&C Insurance Ltd (publ)

19. **Human Resources Support and Benefit Providers**

Sun Life Assurance Company of Canada
Genex Services Inc.
RBC Life Insurance Company
Telus Health Solutions Inc
Chubb Life Insurance Company
BlueCross BlueShield of Texas
Health Care Service Corporation
Kaiser Foundation Health Plan, Inc

CRX International Inc
Teladoc Health Inc
Superior Vision Services Inc
HealthEquity Inc.
WageWorks
Lincoln National Life Insurance
Metlife
Workplace Options LLC
Reuben Warner Associates, Inc.
Berkshire Life Insurance Co of America
ABY Benefits, LLC
Navia Benefits Solutions, Inc.
PlanSource Benefits Administration, Inc.
Aviva Health (UK)
Aviva Pension (UK)
AIG Insurance Company
Canada Life
Aegon
Quantum Advisory (UK Pension)
VSP Vision
Pre-paid Legal Services
LegalShield
Concur Technologies
ADP Technologies, Inc.
CloudPay Inc.
WorkHuman
Express Scripts
Brown & Brown
Mercer LLC
Fidelity Investments
SageView Advisory Group
Rogers AT&T
Delta Dental Insurance Company

**20.** **Taxing and Other Governmental Authorities**

911 Authority Board
Abilene/Taylor County
Acadia Parish Communications District
Ada County Sheriff
Adams County
Aiken County
Alabama  911 Board
Alabama Department of Revenue
Alabama Sales, Use and & Rental Tax
Albany County Division of Finance
Albany County Treasurer
Alcona County Treasurer
Aldine Independent School District
Allegan County Central Dispatch

Allegany County Treasurer's Office
Allen Parish Communications District
Alpena County Treasurer
Anderson County Nicolas Gravely
    Anderson County Finance Department
Anne Arundel County Controller
Appanoose County Treasurer
Arapahoe County E911
Archuleta County E911
Arenac County Treasurer
Arizona Corporation Communication
    Commission
Arizona Department of Revenue
Arkansas Public Safety Trust Fund C/O
    Arkansas Division of Emergency Mgmt.
    Building
Arkansas Public Service Commission
    Encore Bank
Ascension Parish Communications
    District
Ascension Parish Sales And Use Tax
    Authority
Aspen-Pitkin County Emergency
    Telecommunications Service Authority
Assumption Parish
Assumption Parish
Assumption Parish Sales And Use Tax
    Authority
Attala County Board of Supervisors
Austin County Emergency
    Communications District
Baldwin County Sales & Use Tax
    Department
Baltimore County
Bannock County Auditor
Barnes County Treasurer
Barnwell County
Barren County Fiscal Court
Barton County Treasurer
Bath County
Beaufort County Council
Beauregard Parish
Bell County Fiscal Court
Benton County Auditor
Benzie County Treasurer
Berkeley County Central Dispatch
Berkeley County Government
Bexar Metro
Bienville Parish Communications District
Black Hawk County Treasurer
Blaine County Recorder

Board of County Commissioners
Bolivar County E911
Bonneville County Sheriff
Bossier City
Bossier Parish Communications District
Boulder Regional Emergency Telephone
    Svc Authority
Boundary County
Bourbon County
Box Butte County Clerk
Boyle County
Branch County
Braxton County Commission
Brazos County Emergency
    Communications District
British Columbia
Brooke County Commission
Broome County
Buchanan County Auditor
Buena Vista County Auditor
Buffalo County Sheriff Department
Bureau of Revenue Collections
Burke County Auditor
Burleigh County Auditor
Burt County Clerk
Butler County Treasurer
Cabell County Commission
Caddo Parish Communications District
    Number One
Caddo Shreveport Sales & Use Tax
    Commission
Calcasieu Parish Communications District
Caldwell County
Calhoun City
Calhoun County
Calhoun County E911
Calhoun County Treasurer
California Advanced Series Fund
California Department of Tax And Fee
    Administration
California Public Utility Commission
Cameron County Emergency
    Communications District
Cameron Parish Communications District
Campbell County Treasurer
Canada Revenue Agency
Canyon County Auditor
Cape Girardeau County
Capital Area Emergency Communications
    District
Carlisle County Treasurer

Carroll County Fiscal Court
Carroll County Treasurer E911 Account
Carson City Treasurer
Carter County Fiscal Court
Cass County Emergency Management
Cass County Sheriff's Office
Cass County Treasurer
Cattaraugus County Treasurer
Cayuga County
Cerro Gordo County 911
Chaffee County E911 Authority
Charleston County
Charlevoix County Clerk
Chase County
Chautauqua County
Chautauqua County Department of
    Finance
Cheboygan County Treasurer
Chenango County Treasurer
Cherokee County
Cherry County Treasurer
Chester County E-911
Cheyenne County, Nebraska
Chippewa County Treasurer
Choctaw County E911
Christian County
Churchill County
Churchill County Planning Department
City & County of San Francisco Business
    Tax Division
City And County of Broomfield
City and County of Denver
City Collector
City of Aberdeen
City of Abilene
City of Alameda
City of Alameda
City of Albany
City of Alexander
City of Alice
City of Allen
City of Alvarado
City of Alvin
City of Amarillo
City of Angleton
City of Aransas Pass
City of Arcadia
City of Arcata
City of Arlington
City of Arnold
City of Arp

City of Arvada
City of Aspen
City of Athens
City of Aubrey
City of Auburn
City of Aurora
City of Aurora Tax & Licensing Division
City of Bainbridge Island
City of Baldwin Park
City of Ballwin
City of Barboursville
City of Bastrop
City of Batavia
City of Baton Rouge
City of Baton Rouge Parish of East Rouge
City of Bay City
City of Baytown
City of Beatrice
City of Beaumont
City of Beaverton
City of Beckley Recorder
City of Beckleys
City of Bedford
City of Beeville
City of Bell
City of Bellaire
City of Belle
City of Bellevue
City of Bellevue Finance Department
City of Bellflower
City of Belton
City of Benicia
City of Berkeley
City of Bessemer
City of Big Spring
City of Binghamton
City of Black Jack
City of Blaine
City of Blue Ridge
City of Blue Springs
City of Bluefield
City of Boonville
City of Boulder
City of Brawley Plaza Park
City of Brentwood
City of Bridge City
City of Bridgeport
City of Bridgeton
City of Brighton
City of Broomfield
City of Brunswick

City of Bryan
City of Buckhannon
City of Buffalo
City of Bullard
City of Burbank
City of Burien
City of Burleson
City of Butler
City of Cameron
City of Canandaigua
City of Canyon Lake
City of Cape Girardeau
City of Carrollton Revenue Collections
City of Carthage
City of Caruthersville
City of Casa Grande
City of Cathedral City Finance
    Department
City of Centennial
City of Ceres
City of Charleston
City of Charleston
City of Chesterfield Finance Department
City of Chicago
City of Chico
City of Chillicothe
City of Chula Vista
City of Citrus Heights
City of Claremont
City of Clarksburg
City of Cle Elum
City of Cleburne
City of Clemson
City of Clinton
City of Cloverdale
City of Clovis
City of Clyde
City of Cohoes
City of Coldspring
City of College Station
City of Colorado Springs Department
City of Columbia
City of Columbus
City of Commerce
City of Compton
City of Concordia
City of Conroe
City of Coppell
City of Corning
City of Corpus Christi
City of Corvallis

City of Covina
City of Creve Coeur
City of Crowley
City of Crystal City
City of Cudahy
City of Culver City
City of Cupertino
City of Dallas
City of Daly City
City of Dayton
City of Deer Park
City of Del Rio
City of Delta
City of Denison
City of Denton
City of Des Moines
City of Desert Hot Springs
City of Desloge
City of Desoto Texas
City of Dexter
City of Dickinson
City of Dinuba
City of Downey
City of Driggs
City of Dripping Springs
City of Durango
City of East Palo Alto
City of Edinburg
City of Edmonds
City of El Dorado Spring
City of El Monte
City of El Segundo
City of Eldon
City of Elk Grove
City of Elkins
City of Ellisville
City of Elmira Chamberlin's office
City of Ely
City of Emeryville
City of Englewood
City of Ennis
City of Eugene
City of Euless
City of Eureka
City of Excelsior Springs
City of Exeter
City of Fairfield
City of Fairmont
City of Farmers Branch
City of Farmington
City of Federal Way

City of Fenton
City of Festus
City of Florence
City of Florissant
City of Fort Collins
City of Fort Worth
City of Frankfort
City of Freeport
City of Fremont
City of Friendswood
City of Frisco
City of Frontenac
City of Fulshear
City of Fulton
City of Gainesville
City of Garden Ridge
City of Gardena
City of Garland
City of Geneva
City of Gilroy
City of Gladstone
City of Glasgow
City of Glen Cove
City of Glen Falls
City of Glendale
City of Glenwood Springs
City of Golden
City of Gonzales
City of Goose Creek
City of Grain Valley
City of Grand Island
City of Grand Junction Finance
City of Grand Prairie
City of Grandview
City of Grapevine
City of Greeley
City of Greenfield
City of Greenville
City of Greenwood Village
City of Gunnison
City of Hanahan
City of Hannibal
City of Harlingen
City of Harrisonville
City of Hastings
City of Hawthorne
City of Hayward
City of Hazelwood
City of Henderson
City of Hermosa Beach
City of Higginsville

City of Hillsboro
City of Hondo
City of Hornell
City of Houston
City of Hudson
City of Humble
City of Huntington
City of Huntington Beach
City of Huntington Park
City of Hurricane
City of Independence
City of Indio
City of Inglewood Finance Department
City of Irvine Fiscal Services Division
City of Irving
City of Irwindale
City of Ithaca
City of Jefferson City
City of Jersey Village
City of Joplin
City of Jourdanton
City of Justin
City of Katy
City of Kearney
City of Kennett
City of Kent
City of Kent Finance Customer Service
City of Killeen
City of Kingston
City of Kingsville
City of Kirksville
City of Kirkwood
City of Knob Noster
City of Kountze
City of LA Center
City of LA Grange
City of LA Palma
City of LA Verne
City of Lafayette
City of Lago Vista
City of Lake Ozark
City of Lake Saint Louis
City of Lakewood
City of Lakewood
City of Lamar
City of Laredo
City of Las Vegas
City of Lawndale
City of Leander
City of Lebanon
City of Levelland

City of Lewisburg
City of Lewisville
City of Lexington
City of Liberty
City of Lincoln
City of Lindsay
City of Linn
City of Littleton
City of Lockport
City of Logan
City of Long Beach
City of Longview
City of Los Alamitos
City of Los Altos
City of Los Angeles
City of Los Angeles Office of Finance
City of Louisville
City of Loveland
City of Lufkin
City of Lynwood
City of Macon
City of Madisonville
City of Malibu
City of Mammoth Lakes Finance
    Department
City of Manchester
City of Mansfield
City of Marlin
City of Marshall
City of Marshfield
City of Martinsburg
City of Maryland Heights
City of Mayfield
City of McAllen
City of McKinney
City of Melissa
City of Menlo Park
City of Mesquite
City of Mexico
City of Middletown
City of Midland
City of Milwaukie
City of Moberly
City of Mobile
City of Modesto
City of Monett
City of Monroe
City of Monroe/Ouachita Parish
City of Montclair
City of Monterey Park
City of Monterey Revenue Office

City of Montgomery
City of Moreno Valley
City of Morgan
City of Morgantown Finance Department
City of Mount Pleasant
City of Mount Vernon
City of Mountain Brook
City of Mountain Grove
City of Mountain View
City of Mukilteo
City of Murphy
City of Murray
City of Nacogdoches
City of Navasota
City of Neosho
City of Nevada
City of New Boston
City of New Braunfels
City of New Madrid
City of New Orleans
City of New Rochelle
City of New York City
City of Newark
City of Newburgh
City of Niagara Falls
City of North Las Vegas
City of North Tonawanda
City of Norwalk
City of Norwich
City of Oak Grove
City of Oak Point
City of Oakland
City of Odessa
City of O'Fallon
City of Olympia
City of Omaha
City of Oneonta
City of Orange
City of Oregon City
City of Oroville
City of Osage Beach
City of Owensboro
City of Paducah
City of Paintsville
City of Palm Beach
City of Palm Springs
City of Palo Alto
City of Pampa
City of Papillion
City of Paramount
City of Paris

City of Pasadena
City of Pearsall
City of Peculiar
City of Peekskill
City of Peoria
City of Perryville
City of Pevely
City of Pflugerville
City of Pico Rivera
City of Pilot
City of Pinole
City of Placentia
City of Plano
City of Platte City
City of Plattsburg
City of Pleasant Hill
City of Pleasanton
City of Pomona
City of Port Arthur
City of Port Hueneme
City of Port Neches
City of Porterville
City of Portland
City of Portola Valley
City of Potosi
City of Poughkeepsie
City of Prestonsburg
City of Princeton
City of Pueblo
City of Rancho Cordova
City of Rawlins
City of Raymore
City of Raytown
City of Redmond
City of Redondo Beach
City of Reno
City of Renton
City of Richardson
City of Richland Hills
City of Richmond
City of Ridgefield
City of Ridgway
City of Rio Grande City
City of Riverside
City of Riverside Utility Usage Tax
    Processing Center
City of Rochester
City of Rockwall
City of Rolla
City of Rome
City of Ronceverte

City of Roseburg
City of Round Rock
City of Rowlett
City of Rye
City of Sachse
City of Sacramento
City of Saint Ann
City of Salem
City of Salinas City Hall
City of Salisbury
City of San Angelo
City of San Antonio
City of San Bernardino
City of San Jose
City of San Leandro
City of San Luis Obispo
City of San Marcos
City of San Marino
City of San Pablo
City of Sanger
City of Santa Ana
City of Santa Barbara
City of Santa Cruz
City of Santa Fe
City of Santa Fe Springs
City of Santa Monica
City of Santa Rosa
City of Saratoga Springs
City of Schenectady
City of Scott City
City of Seal Beach
City of Seattle
City of Sebastopol
City of Sedalia
City of Sedro Woolley
City of Seguin
City of Shelbina
City of Shelton
City of Sheridan
City of Sherman
City of Shoreline
City of Sierra Madre
City of Sikeston
City of Silsbee
City of Snoqualmie
City of Snyder
City of South Pasadena
City of South Sioux
City of Southlake
City of Sparks
City of Springfield

City of St Joseph
City of St. Charles
City of St. Louis
City of Stafford
City of Sterling Centennial Square
City of Stockton
City of Stromsburg
City of Sugar Land Treasury Management
City of Summersville
City of Sunnyvale
City of Terrell
City of The Colony
City of Thornton
City of Three Rivers
City of Tigard
City of Tomball
City of Tonawanda
City of Torrance
City of Trenton
City of Troy
City of Tucson
City of Tulare
City of Tumware
City of Tuscaloosa
City of Tyler
City of Union
City of Union
City of Universal City
City of Utica
City of Vallejo
City of Valley Park
City of Ventura
City of Vernon
City of Vestavia Hills
City of Vienna
City of Vista
City of Waco
City of Waller
City of Warrensburg
City of Warsaw
City of Washington
City of Wasilla
City of Watertown
City of Watsonville
City of Waverly
City of Waynesville
City of Webb City
City of Webster Groves
City of Wellsburg
City of Wentzville
City of West

City of West Lake Hills
City of West Plains
City of Westminster
City of Westminster Sales Tax
City of Weston
City of Wheat Ridge
City of Wheeling
City of White Plains
City of Whittier
City of Wills
City of Wilsonville
City of Winchester
City of Woodburn
City of Wylie
City of Yonkers
City of York City Treasurer
City of Redwood
City Of Lincoln Treasurer
Clare County Central Dispatch
Clark County Department of Business
    License
Clark County Fiscal Court
Clay County Auditor
Clay County Treasurer
Clayton County
Clinton County Auditor
Clinton County Emergency Services
Clinton County Treasurer
Colorado Department of Revenue
Colorado Public Utility Commission
Columbus / Lowndes County E911
Poughkeepsie Commissioner of Finance
Utica Commissioner of Finance
Commonwealth of Massachusetts State
Commonwealth of Pennsylvania
Comptroller of Maryland
Comptroller of Maryland Revenue
    Administration Division
Connecticut Department of Revenue
Connecticut Telecommunications Relay
    Service
County Administrative Office
County of Alameda Business License Tax
    Unit
County of Berrien
County of Camden
County of Emmet
County of Franklin
County of Livingston
County of Miller
County of Monroe

County of Montgomery
County of Sacramento
County of Santa Clara
County of Suffolk
County of Taney
Crawford County Central Dispatch
Crawford County E911 Service Board
Cuming County Treasurer
Dakota County Treasurer
Dallas County
Darlington County Treasurer
De Soto County
Delaware County Treasurer
Delta County Central Dispatch Authority
Delta County Sheriff
Denco Area
Denison
Department of Finance & Administration
Department of Health & Human Services
    - Controller's Office
Department of Revenue
Department of The Treasury Division of
    Taxation
Department of Treasury
Department of Public Safety
Des Moines County Auditor
Desoto Parish Communications District E-
    911
Desoto Parish Sales And Use Tax
    Commission
Dickinson County
Dickinson County Auditor
Director of Grand Island Hall
District of Columbia 911
District of Columbia Office of Tax and
    Revenue
District of Columbia Treasurer
Dorchester County Communications
    Division
Douglas County
Douglas County Energy Telephone
    Service Authority
Dubuque County Auditor
E911 Authority
E911 Board
E911 Commission Delaware County
Eagle County Emergency Telephone
    Service Authority
East Baton Rouge Parish Communications
    District
Eaton County Central Dispatch

Edmonson County
El Paso County
El Paso-Teller County 911
Elko County Fiscal Affairs
Elmore County Commissioner
Emergency Communications District of
    Ector County
Emergency Management
Essex County Treasurer
Illinois Telecommunications Access Corp.
Emergency Telephone Service
    Association of LA Plata County
Evangeline Parish
Evangeline Parish Communications
    District
Fairfield County Council
Fayette County Auditor
Fayette County Commission
Federal Communication Commission
Florida Department of Revenue
Florida Emergency Communications
Floyd County Treasurer
Forrest County Board of Supervisors
Frankin County E911 Service Board
Franklin County Treasurer
Fremont County E911
Fulton County Treasurer
Gage County
Galveston City Emergency
    Communications District
Garfield County E911 Authority
Genesee County Treasurer
Genessee County
Georgetown County
Georgia Department of Revenue
Georgia Public Service Commission
Gladwin County Treasurer
Gogebic County Treasurer
Grand County Emergency Telephone
    Service Authority
Grand Forks Auditors office
Grand Junction Regional Communication
    Center
Grand Traverse County
Gratiot County
Grayson County E-911
Greenbrier County Commission
Greenville County Treasurer
Greenwood County Treasurer
Grenada E911 District
Griggs County Treasurer

Grundy County Treasurer
Gulf Coast Regional
Gunnison/Hinsdale Combined Emergency
    Telephone Service Authority
Hamilton County
Hancock County
Hancock County Treasurer
Hardin County Auditor
Harlan County Treasurer
Harris County E911
Harrison County
Harrison County Auditor
Harrison County Commission
Hawaii Department of Revenue
Henderson County 9-1-1 Communications
    District
Herkimer County
Hillsdale County Treasurer
Hinds County Clerk Office
Horry County
Houghton County Treasurer
Howard County
Humboldt County Courthouse
Humboldt County Treasurer
Iberia Parish Communications District
Iberia Parish School Board
Iberville Parish Council
Idaho County Commissioners
Idaho Tax Commission
Idaho Telecommunications Assistance
    Program
Illinois Department of Revenue
Illinois State
Illinois Telecommunications Tax
Indiana Department of Revenue
Indiana Utility Regulatory Commission
Information Technology Department
Ingham County Treasurer
Internal Revenue Service
Intrac
Ionia County Treasurer
Iosco County Treasurer
Iowa County 911
Iowa Department of Revenue
Isabella County
Jackson County Central Dispatch
Jackson County Emergency
    Communications District
Jasper County Auditor
Jasper County Emergency Services
Jefferson County

Jefferson County Commission
Jefferson Davis Parish School Board
Jefferson Parish Sheriffs Office Bureau of
    Revenue And Taxation
Jessamine County
Johnson County Auditor's Office
Jones County
Kalamazoo County
Kalkaska County
Kansas
Kansas City Missouri - City Treasurer
Kansas Department of Revenue
Kansas Universal Service Fund
Keith County Treasurer
Kent County Fiscal Services
Kentucky Department of Revenue
Kentucky State Treasurer
Kilgore Police Department
Kootenai County
Kossuth County 911 Joint Service Board
Laclede County
Lafayette County
Lafayette Parish Communication District
Lafayette Parish School System
Lafourche Parish Communications
    District
Lafourche Parish School Board
Lake Havasu City
Lamar County E-911
Lancaster County E911
Lancaster Police Department
Lapeer County Treasurer
Laporte
Laramie County Treasurer--E911
Larimer Emergency Telephone Authority
Lauderdale County E911
Laurens County
Lean County Tax Collector
Lee County
Lee County Treasurer
Leelanau County Treasurer
Leflore County Clerk
Lenawee County Central Dispatch
Lewis County
Lexington County
Lexington−Fayette Urban County
    Government
Lincoln County
Lincoln Parish Communications District
Lincoln Parish Sales Tax Commission
Livingston County Treasurer

Livingston Parish Communications
    District
Livingston Parish Public School System
Logan County
Logan County E911 Authority Board
Louisiana Department of Revenue
Louisiana Department of Revenue Baton
    Rouge Headquarters
Louisville Metro Revenue Commission
Louisville−Jefferson County Metro
    Government C/O E911
Lower Rio Grande Valley Development
    Council (LRGVDC)
Lubbock Emergency Communications
    District
Lyon County Clerk/Treasurer
Mackinac County
Macomb County
Madison County
Madison County E911
Madison County Fiscal Court
Madison County Treasurer
Maine Public Utilities Commission
Maine Revenue Services
Maine Telecommunications Access Fund
Maine Universal Service Fund
Manitoba Finance Taxation Division
Maries County Treasurer
Marion County
Marion County Auditor
Marion County Commission
Marlboro County
Marquette County
Marshall County Auditor
Marshall County Commission
Marshall County E911
Marshall County Treasurer's Office
Mason County Commissioner
Mason-Oceana
Massachusetts Department of Revenue
McCook City Clerk
McKenzie County Treasurer
McLennan County Emergency Assistance
    District
Meade County Fiscal Court
Medina County
Mercer County Commission
Merrick County Treasurer
Mesceola Central Dispatch
Metro Emergency Operations Center
Miami Dade County

Michigan Department of Revenue
Michigan Department of Treasury
Michigan, Detroit Utility Users Tax
Midland Emergency Communications
  District
Mills County
Mineral County Commission
Ministry of Finance - Manitoba
Ministry of Finance - Saskatchewan
Ministry of Finance Revenue Division
Ministry of Revenue Quebec
Minnesota Department of Revenue
Missaukee County
Mississippi County Treasurer
Mississippi Department of Revenue
Missouri Department of Revenue
Taxation Division
Missouri Public Service Commission
Missouri Universal Service Fund
Mitchell County E911
Monongalia County Commission
Monroe County
Monroe County Commission
Monroe County Controller's Office
Montana Department of Revenue
Montana Department of Revenue
Montcalm County Central Dispatch
Montgomery County
Montgomery County Department of
  Finance
Montgomery County Emergency
  Communications District
Montmorency County
Montrose Emergency Telephone Service
  Authority
Morehouse Parish Communications
  District
Morgan County Treasurer
Morrill County Treasurer
Morton County Treasurer
Municipal Association of South Carolina
Muscatine County E911
Muskegon County Central Dispatch
Nassau County
Natchitoches Parish
Natchitoches Parish Communications
  District
Natrona County Treasurer
Nebraska Department of Revenue
Nebraska Public Service Commission
Nebraska Universal Service Fund

Negociado De Sistema De Emergencias
Nelson County
Nelson County 911 (North Dakota)
Nemaha County
Neshoba County
Nevada Department of Taxation
Nevada Public Utility Commission
New Hampshire Department of Energy
New Hampshire Department of Revenue
  Administration
New Jersey Division of Revenue
New Mexico Taxation & Revenue
  Department
New Mexico Taxation And Revenue
  Department
New Mexico Universal Service Fund
New Orleans
New York City Department of Finance
New York State Corporation Tax
New York State Department of Finance
New York, Amsterdam Gross Receipts
  Tax
New York, Auburn Gross Receipts Tax
New York, Dunkirk Gross Receipts Tax
New York, Syracuse Gross Receipts Tax
Newaygo County
Newton County E911
Nicholas County Commission
Norfolk City Treasurer
North Carolina
North Carolina Department of Revenue
North Central Texas Emergency
  Communications District
North Dakota
North Platte
NYC Department of Finance E-911
Nye County Treasurer
Oakland County Information Technology
Oconee County Communications–911
City of El Paso
Office of Emergency Management
Ogemaw County Emergency Dispatch
  Authority
Ohio Department of Taxation
Ohio Department of Taxation
Oklahoma Tax Commission
Oklahoma Universal Service Fund
Oktibbeha County Board of Supervisors
Oldham County Fiscal Court
Oneida County Sheriff's Department
Onondaga County

Ontario County Finance Department
Orange County Finance Department
Orangeburg County
Oregon Department of Revenue
Orleans Parish Communications District
Oswego County Treasurer
Otsego County
Otsego County Treasurer
Ouachita Parish Communications District
Ouray County Emergency Telephone
    Service Authority
Owyhee County Clerk E911
Padd E-911
Paducah-McCracken County E-911
Panola County Administrator
Parish of Acadia
Parish of St Tammany
Parish of St. Charles
Parish of Terrebonne
Park County Clerk
Pawnee County Treasurer
Pearl River County
Pembina County
Pennsylvania Department of Revenue
Perry County Treasurer
Pickens County E-911
Pike County E911
Plaquemines Parish Government
Pocahontas 911 Service Board
Pocahontas County
Pointe Coupee Parish Sales Tax
Polk County Joint 911 Service Board
Polk County Treasurer
Pontotoc County Clerk
Portland Department of Revenue
Pottawattamie County Communications
Potter-Randal County Emergency
    Communications District
Presque Isle County Central Dispatch
Prince Georges County
Prowers County Emergency Telephone
    Authority
Public Service Commission District of
    Columbia
Public Utilities Commission of Ohio
Public Utilities Regulatory Authority
Putnam County
Putnam County Office of Emergency
    Management/911
Raleigh County Commission
Randolph County Sherriff

Rankin County
Rapides Parish Sales & Use Tax
    Department
Red River Parish Communications
    District
Region 26 E911
State of Mississippi
Remer County
Rensselaer County
Revenue of Quebec -Revenue Québec
Rhode Island Division of Taxation
Richland County
Richland County Business Service Center
    In South Carolina
Richland County Communications
Richland Parish Communications District
Rosebud Sioux Tribe
Routt County E911 Authority Board
Sabine Parish
Saginaw County E911
Saint Clair County
Saint Landry Parish
Saint Lawrence County Treasurer
Saluda County E911
San Francisco County Tax Collector
San Juan County Sheriffs office
San Luis Valley 9-1-1 Telephone
    Authority
San Miguel County
Sarpy County Treasurer
Saunders County Treasurer
Schoolcraft County Treasurer
Schuyler County
Scott County Board of Supervisors
Scott County E911 Service Board
Scott County Fiscal Court
Scotts Bluff County
Seneca County Treasurer
Sherman Police Department
Shiawassee County
Shoshone County
Silverthorne
Sioux County Auditor
Smith County
Smith County Emergency Management
Nevada Universal Service Fund
South Carolina Department of Revenue
South Dakota Department of Revenue
South Dakota Remittance Center
Southern Idaho Regional Communications
    Center

Southwest Regional Communications Center
Spartanburg County
St Charles Parish
St James Parish School Board Sales & Use Tax Department
St Johns The Baptist Parish Sales And Use Tax
St Louis County
St. James Parish Government
St. John 911 Communication District
St. Joseph County
St. Landry Parish School Board Sales Tax Division
St. Louis County
St. Martin Parish
St. Martin Parish School Board
St. Mary Parish
St. Tammany Parish Communications District
Stark County Auditor
State Comptroller of Public Accounts
State Department. Assessments & Taxation Franchise Tax Unit
State of Alaska
State of Arkansas
State of Colorado
State of Delaware
State of Delaware-Division of Corporation
State of Hawaii
State of Maryland
State of Missouri
State of Nevada
State of New Hampshire
State of New Jersey Division of Taxation
State of South Carolina - Department of Revenue
State of Washington
State of West Virginia
State of Wisconsin
Statewide E911
Steele County
Steuben County Treasurer
Story County Auditor
Stutsman County Auditor
Sublette County
Sullivan County
Summers County
Sumter County Administration Bldg.
Sunflower County E911

Sweetwater Combined Communications Joint Powers Board
Tama County Emergency Management
Tangipahoa Communication District No. 1
Tangipahoa Parish School System
Tarrant County Emergency Assistance
Tate County
Taylor County Fiscal Court
Telecommunications & Regulatory Affairs
Tennessee Department of Revenue
Terrebonne Parish
Teton County
Texas Comptroller of Public Accounts
Texas Comptroller of Public Records
Texas Eastern 9-1-1- Networks
The Commissioner of Finance County of Rockland
The Director of Revenue
The Minister of Finance And Corporate Relations - British Columbia
Thurston County Treasurer
Tippah County
Town of Addison
Town of Addison Accounts Receivable
Town of Alderson
Town of Babylon
Town of Castle Rock
Town of Crested Butte
Town of Danville
Town of Farmingdale
Town of Flower Mound
Town of Goshen
Town of Hillsboro
Town of Mamaroneck
Town of Mount Kisco
Town of Mountain Village
Town of Pantego
Town of Pineville
Town of Pocahontas
Town of Summerville
Town of Telluride
Town of Union
Town of Vail
Town of White Sulphur Springs
Trail County Auditor
Treasurer State of Maine E911
Treasurer Warren County
Treasury Management Division Demetria Keels
Tuscaloosa County

Tuscola County Central Dispatch
Uintah County Treasurer
Union County
Union County E911
Upshur County Commission
Utah Public Service Commission
Utah Sales Tax Commission
Utah State Tax Commission Emergency
   Services Fee Return
Utah Tax Commission
Valley County
Van Buren County Sheriff's Department
Vermont Department of Taxes
Vernon Parish Communications District
   E911
Village of Airmont
Village of Amityville
Village of Angola
Village of Avon
Village of Ballston Spa
Village of Bayou Vista
Village of Bee Cave
Village of Bellport
Village of Bronxville
Village of Castleton−On−Hudson
Village of Cedarhurst
Village of Colonie
Village of Corinth
Village of Depew
Village of Dobbs Ferry
Village of East Syracuse
Village of Elmsford
Village of Fairport
Village of Fishkill
Village of Fort Ann
Village of Freeport
Village of Garden City
Village of Great Neck
Village of Harrison
Village of Hudson Falls
Village of Irvington
Village of Johnson City
Village of Lewiston
Village of Liverpool
Village of Lynbrook
Village of Mineola
Village of New Hyde Park
Village of Northport
Village of Nyack
Village of Old Westbury
Village of Orchard Park

Village of Owego
Village of Pittsford
Village of Port Chester
Village of Port Jefferson
Village of Potsdam
Village of Rockville Centre
Village of Rye Brook
Village of Scarsdale
Village of South Glens Falls
Village of Southampton
Village of Spring Valley
Village of Suffern
Village of Tarrytown
Village of Trumansburg
Village of Valley Stream
Village of Vinton
Village of Voorheesville
Village of Wappingers Falls
Village of Warwick
Village of Watkins Glen
Village of Westhampton Beach
Village of Williamsville
Village of Wimberley
Village of Wurtsboro
Virginia Department of Taxation
Wachovia Bank
Walsh County
Ward County Auditor/Treasurer
Wardlaw Appraisal Group
Warren County
Warren County 911 Board
Washakie County Treasurer
Washington County
Washington County Board of Supervisors
Washington County Treasurer
Washington County Treasurer
Washington Parish Communications
   District
Washington State Department of Revenue
Washington, D.C. Treasurer
Washington-Yuma County Emergency
   Telephone Service
Washoe County
Washoe County Technology Services
Washtenaw County Treasurer
Wayne City Clerk
Wayne County
Wayne County Board of Supervisors
Webster County
Webster County E911
Weld County

West Baton Rouge Parish Revenue
    Department
West Memorial Municipal Utility District
West Virginia Sales Tax Department
West Virginia State Tax Department
Westchester County Informational
    Technology
Wetzel County Commission
Wexford County
Wichita-Wilbarger
Winn Parish Communications District
Winneshiek County Auditor
Winston County
Wisconsin Department of Revenue
Woodbury County 911 Glenn Sedivy
Wylie Police and Fire Communications
    Center
Wyoming County
Wyoming County Treasurer
Wyoming Department of Revenue
Wyoming Department of Revenue
Wyoming Public Service Commission
Wyoming Relay
Yazoo County Chancery Clerk
York County
York County E911
United States Customs and Boarder
    Protection

**21.    Landlords and Tenants**

4000 Innovation Inc.
Canada Mortgage and Housing
    Corporation
Granite Park NM GP IV LPREJV
    Concourse Atlanta LLC, c/o Building
    and Land Technology
EIP Fountain Square, LLC
SIG Mountain Heights LLC
Whetstone Legacy Campus LP
TCAL Property Owner, LLC
TCIII SPP South, LLC
Ricky W Massie & Debra L Massie
    TTEEs of the Massie Family
CIP Broadway LLC
Securus Technologies Holding Inc.
Solace Corporation
ClearSpan LLC

**22.    Litigation Counterparties**

Jakob Schroter
CelluPlex LLC
Richard Marshack (Trustee for LFRunoff
    2 LLC)
Paul KilgourNuveen Alternative
    Investment Funds SICA V-SIF - Nuveen
    US Senior Loan Fund
Nuveen Corporate Arbitrage and Relative
    Value Fund, LP
Nuveen Floating Rate Income
    Opportunity Fund
Nuveen Long-Short Credit Fund, LP
Nuveen Senior Income Fund
Nuveen Senior Loan Fund, LP
Menard, Inc.
Nuveen Short Duration Credit
    Opportunities Fund
Pension Danmark Pensions for
    sikringsaktie-selskab
Principal Diversified Real Asset CIT
Principal Funds Inc. - Diversified Real
    Asset Fund
Principal Funds, Inc. - Global Diversified
    Income Fund
Rural India Supporting Trust
Symphony CLO XVII, Ltd.
Symphony CLO XVIII, Ltd.
Symphony CLO XXV, Ltd.
TIAA-CREF Core Plus Bond Fund
TIAA Global Public Investments, LLC -
    Series Loan ESG
Anchorage Capital CLO 1-R, Ltd.
Anchorage Capital CLO 2013-1, Ltd.
Anchorage Capital CLO 3-R, Ltd.
Anchorage Capital CLO 4-R, Ltd.
Anchorage Capital CLO 5-R, Ltd.
Anchorage Capital CLO 6, Ltd.
Anchorage Capital CLO 25, Ltd.
Anchorage Credit Funding 1, Ltd.
Anchorage Credit Funding 2, Ltd.
Anchorage Credit Funding 3, Ltd.
Anchorage Credit Funding 4, Ltd.
Anchorage Credit Funding 5, Ltd.
Anchorage Credit Funding 6, Ltd.
Anchorage Credit Funding 7, Ltd.
Anchorage Credit Funding 8, Ltd.
Anchorage Credit Funding 9, Ltd.
Anchorage Credit Funding 10, Ltd.
Anchorage Credit Funding 11, Ltd.
Anchorage Credit Funding 12, Ltd.
610 Funding CLO 1, Ltd.

610 Funding CLO 2, Ltd.
ALM 2020, Ltd.
Apollo Credit Funding IV Ltd.
Apollo Credit Funding VI, Ltd.
Apollo Debt Solutions BDC
Apollo Senior Floating Rate Fund Inc.
Apollo Tactical Income Fund Inc.
Apollo TR US Broadly Syndicated Loan
    LLC
Cadbury Mondelez Pension Trust Ltd.
Cardinal Funding LLC
HSBC Diversified Loan Fund –
    Syndicated Loan A S.A.R.L.
Leveraged Finance Fund
Mallard Funding LLC
Mercer Multi-Asset Credit Fund
RR 1 Ltd.
RR 2 Ltd.
RR 5 Ltd.
RR 6 Ltd.
RR 8 Ltd.
RR 12 Ltd.
RR 14 Ltd.
RR 17 Ltd.
Schlumberger UK Common Investment
    Fund TRF SMA
BlackRock DLF IX 2019-G CLO, LLC
BlackRock Rainier CLO VI, Ltd.
Reliance Standard Life Insurance
    Company
Safety National Casualty Corporation
TCP Direct Lending Fund VIII-A, LLC
TCP DLF VIII-L Funding, LP
TCP Direct Lending Fund VIII-S, LLC
TCP Direct Lending Fund VIII-T, LLC
TCP Direct Lending Fund VIII-U
    (Ireland)
Tennenbaum Enhanced Yield Operating I,
    LLC
Tennenbaum Senior Loan Fund II, LP
Tennenbaum Senior Loan Fund V, LLC
TMD-DL Holdings, LLC
Beluga IMC Inc.
Alinea CLO, Ltd.
Annisa CLO, Ltd.
Bardot CLO, Ltd.
Betony CLO 2, Ltd.
Carbone CLO, Ltd.
Diversified Credit Portfolio Ltd.
HarbourView CLO VII-R, Ltd.
Invesco CLO 2021-I, Ltd.

Invesco CLO 2021-2 Ltd.
Invesco CLO 2021-3, Ltd.
Invesco CLO 2022-1 Ltd.
Invesco CLO 2022-2, Ltd.
Invesco Dynamic Credit Opportunity
    Fund
Invesco Floating Rate Income Fund
Invesco Master Loan Fund
Invesco Sakura US Senior Secured Fund
Invesco Senior Floating Rate
Invesco SSL Fund, LLC
Invesco Teton Fund, LLC
Invesco Zodiac Funds - Invesco European
    Senior Loan ESG Fund
Invesco Zodiac Funds - Invesco European
    Senior Loan Fund
Invesco Zodiac Funds - Invesco US
    Senior Loan Fund
Kapitalforeningen Investin Pro, US
    Leveraged Loans I
Lucali CLO, Ltd.
Milos CLO, Ltd.
Milton Hershey School Trust
Recette CLO, Ltd.
Riserva CLO Ltd.
Sentry Insurance Company (f/k/a Sentry
    Insurance a Mutual Company)
Upland CLO, Ltd.
Verde CLO, Ltd.
Delaware Ivy Asset Strategy Fund
Delaware Ivy High Income Fund
Delaware Ivy High Income Opportunities
    Fund
Delaware Ivy Multi-Asset Income Fund
Delaware Ivy Strategic Income Fund
Delaware Ivy VIP High Income
Bandera Strategic Credit Partners II, LP
Baloise Senior Secured Loan Fund III
CSAA Insurance Exchange
Kolumban Alternative Investments –
    Loans
Octagon 51, Ltd.
Octagon 52, Ltd.
Octagon 53, Ltd.
Octagon 54, Ltd.
Octagon 56, Ltd.
Octagon 57, Ltd.
Octagon 58, Ltd.
Octagon 59, Ltd.
Octagon Credit All Weather Income Fund,
    Ltd.

Octagon Credit Opportunities Master
  Fund LP
Octagon High Income Master Fund Ltd.
Octagon Investment Partners XIV Ltd.
Octagon Investment Partners XV, Ltd.
Octagon Investment Partners XVI, Ltd.
Octagon Investment Partners XVII, Ltd.
Octagon Investment Partners 18-R, Ltd.
Octagon Investment Partners 20-R, Ltd.
Octagon Investment Partners XXI, Ltd.
Octagon Investment Partners XXII, Ltd.
Octagon Investment Partners 26, Ltd.
Octagon Investment Partners 27, Ltd.
Octagon Investment Partners 28, Ltd.
Octagon Investment Partners 29 Ltd.
Octagon Investment Partners 30, Ltd.
Octagon Investment Partners 31, Ltd.
Octagon Investment Partners 32, Ltd.
Octagon Investment Partners 33, Ltd.
Octagon Investment Partners 34, Ltd.
Octagon Investment Partners 35, Ltd.
Octagon Investment Partners 36, Ltd.
Octagon Investment Partners 37, Ltd.
Octagon Investment Partners 38, Ltd.
Octagon Investment Partners 39, Ltd.
Octagon Investment Partners 40, Ltd.
Octagon Investment Partners 41, Ltd.
Octagon Investment Partners 42, Ltd.
Octagon Investment Partners 43, Ltd.
Octagon Investment Partners 44, Ltd.
Octagon Investment Partners 45, Ltd.
Octagon Investment Partners 46, Ltd.
Octagon Investment Partners 48, Ltd.
Octagon Investment Partners 50, Ltd.
Octagon Loan Funding, Ltd.
Octagon Senior Secured Credit Master
  Fund Ltd.
SCOLUX SICAV-SIF -SCOR Global
  Loans
Snowy Range Fund, LLC
Star Insurance Company
XAI Octagon Floating Rate & Alternative
  Income Term Trust
AIA VCC
Aon Collective Investment Trust
Credit Opportunities Fund (a sub-fund of
  PGIM Fixed Income Alternatives Mater
  Fund ICAV)
Dryden XXVI Senior Loan Fund
Dryden XXVIII Senior Loan Fund
Dryden 30 Senior Loan Fund

Dryden 36 Senior Loan Fund
Dryden 37 Senior Loan Fund
Dryden 38 Senior Loan Fund
Dryden 40 Senior Loan Fund
Dryden 41 Senior Loan Fund
Dryden 42 Senior Loan Fund
Dryden 43 Senior Loan Fund
Dryden 45 Senior Loan Fund
Dryden 47 Senior Loan Fund
Dryden 49 Senior Loan Fund
Dryden 50 Senior Loan Fund
Dryden 53 Senior Loan Fund
Dryden 54 Senior Loan Fund
Dryden 55 Senior Loan Fund
Dryden 57 CLO, Ltd.
Dryden 58 CLO, Ltd.
Dryden 60 CLO, Ltd.
Dryden 61 CLO, Ltd.
Dryden 64 CLO, Ltd.
Dryden 65 CLO, Ltd.
Dryden 68 CLO, Ltd.
Dryden 70 CLO, Ltd.
Dryden 72 CLO, Ltd.
Dryden 75 CLO, Ltd.
Dryden 76 CLO, Ltd.
Dryden 77 CLO, Ltd.
Dryden 78 CLO, Ltd.
Dryden 80 CLO, Ltd.
Dryden 83 CLO, Ltd.
Dryden 85 CLO, Ltd.
Dryden 86 CLO, Ltd.
Dryden 87 CLO, Ltd.
Dryden 90 CLO, Ltd.
Dryden 92 CLO, Ltd.
Dryden 93 CLO, Ltd.
Dryden 94 CLO, Ltd.
Dryden 95 CLO, Ltd.
Dryden 97 CLO, Ltd.
Dryden 98 CLO, Ltd.
Dryden 102 CLO, Ltd.
Dryden 104 CLO, Ltd.
Dryden 105 CLO, Ltd.
Dryden 106 CLO, Ltd.
Dryden 109 CLO, Ltd.
Kapitalforeningen Laegernes Invest, KLI
  Obligationer Europa Senior Loans
Leveraged Loan (JPY hedged) Fund
Newark BSL CLO 1, Ltd.
Newark BSL CLO 2, Ltd.
Minnesota State Board of Investment

PGIM ETF Trust - PGIM Floating Rate Income ETF
PGIM Global High Yield Fund, Inc.
PGIM High Yield Bond Fund, Inc.
PGIM Short Duration High Yield Opportunities Fund
Pramerica Loan Opportunities Ltd.
Prudential Bank Loan Fund of the Prudential Trust Company Collective Trust
Prudential Investment Portfolios, Inc. 14 - PGIM Floating Rate Income Fund
Prudential Investment Portfolios, Inc. 15 - PGIM ESG High Yield Fund
Prudential Investment Portfolios, Inc. 15 - PGIM High Yield Fund
Prudential Investment Portfolios, Inc. 15 - PGIM Short Duration High Yield Income Fund
Prudential Strategic Credit Fund of the Prudential Trust Company Collective Trust
Renaissance Investment Holdings Ltd.
Stichting Pensioenfonds PGB
American Beacon Sound Point Floating Rate Income Fund
Memorial Health System
Sound Point CLO II, Ltd.
Sound Point CLO III-R, Ltd.
Sound Point CLO IV-R, Ltd.
Sound Point CLO V-R, Ltd.
Sound Point CLO VI-R, Ltd.
Sound Point CLO VII-R, Ltd.
Sound Point CLO VIII-R, Ltd.
Sound Point CLO IX, Ltd.
Sound Point CLO XII, Ltd.
Sound Point CLO XIV, Ltd.
Sound Point CLO XV, Ltd.
Sound Point CLO XVI, Ltd.
Sound Point CLO XVII, Ltd.
Sound Point CLO XVIII, Ltd.
Sound Point CLO XIX, Ltd.
Sound Point CLO XX, Ltd.
Sound Point CLO XXI, Ltd.
Sound Point CLO XXII, Ltd.
Sound Point CLO XXIII, Ltd.
Sound Point CLO XXIV, Ltd.
Sound Point CLO XXV, Ltd.
Sound Point CLO XXVI, Ltd.
Sound Point CLO XXVII, Ltd.
Sound Point CLO XXVIII, Ltd.

Sound Point CLO XXIX, Ltd.
Sound Point CLO XXX, Ltd.
Sound Point CLO XXXI, Ltd.
Sound Point CLO XXXII, Ltd.
Sound Point CLO XXXIII, Ltd.
Sound Point Credit Opportunities Master Fund, LP
Sound Point Senior Floating Rate Master Fund, LP
Sound Point Tactical Loan Opportunity Master Fund I Designated Activity Company
Goldman Sachs Trust II – Goldman Sachs Multi-Manager Non-Core Fixed Income Fund
Adrian Clegg
Jim Montgomery
Kevin White
Nick Giancola
Marc Angco
Luke Healey
Dieter Schulz
Joe Prestera
Colin Ovington
Gary Kinoshita
Jerry Sparling
Paul Provencal
Blackberry Ltd
Malikie Innovations Ltd
The Cliffs Communities, Inc.
Kommunikation och Effektivitet FZCO
Wieland North America, Inc.
Harbor Point 2019-1 Ltd.
AIC Investments (LHR), Ltd.
Blue-Mountain CLO 2016-3 Ltd.
Blue-Mountain CLO XXIII Ltd.
Blue-Mountain CLO XXVIII Ltd.
Blue-Mountain CLO XXXIV Ltd.
BlueMountain Fuji US CLO I Ltd.
BlueMountain Fuji US CLO II Ltd.
BlueMountain Fuji US CLO III Ltd.
SEI Institutional Investments Trust - High Yield Bond Fund
SEI Institutional Managed Trust - High Yield Bond Fund
U.S. High Yield Bond Fund
Ellington CLO I, Ltd.
Ellington CLO II, Ltd.
Ellington CLO III, Ltd.
Ellington CLO IV, Ltd.

Mariner Atlantic Multi-Strategy Master
    Fund, Ltd.
Venture 18 CLO Ltd.
Venture 19 CLO Ltd.
Venture 22 CLO Ltd.
Venture 24 CLO Ltd.
Venture 27 CLO Ltd.
Venture 28A CLO Ltd.
Venture 29 CLO Ltd.
Venture 30 CLO Ltd.
Venture 31 CLO Ltd.
Venture 34 CLO Ltd.
Venture 36 CLO Ltd.
Venture 37 CLO Ltd.
Venture 38 CLO Ltd.
Venture 41 CLO Ltd.
Saranac CLO III Ltd.
Saranac CLO VI Ltd.
Saranac CLO VII Ltd.
Steele Creek CLO 2016-1 Ltd.
Steele Creek CLO 2017-1 Ltd.
Steele Creek CLO 2018-1 Ltd.
Steele Creek CLO 2018-2 Ltd.
Steele Creek CLO 2019-1 Ltd.
Steele Creek CLO 2019-2 Ltd.
Steele Creek Loan Funding I, LP
Williams Simons Landis PLLC

23. **United States Bankruptcy Judges for the Southern District of Texas (and Key Staff Members)**

Ana Castro
Akeita House
Christina Bryan
Dena Hanovice Palermo
Jason Marchand
Jeannie Chavez
Judge Christopher M. Lopez
Judge Eduardo V. Rodriguez
Judge Jeffrey P. Norman
Judge Marvin Isgur
Judge Alfredo R. Perez
Rosario Saldana
Sam S. Sheldon
Shannon Jones
Sierra Thomas-Anderson
Mario Rios
Melissa Morgan-Faircloth
Nathan Ochsner
Peter Bray

Tracy Conrad
Tyler Laws
Yvonne Ho
Zilde Martinez

24. **United States Trustee for the Southern District of Texas (and Key Staff Members)**

Alethea Caluza
Alicia Barcomb
Alina Samko-Yu
Andrew Jimenez
Brian Henault
Christopher R. Travis
Christy Simmons
Clarissa Waxton
Gary Wright
Glenn Otto
Gwen Smith
Ha Nguyen
Hector Duran
Ivette Gerhard
Jana Whitworth
Jayson B. Ruff
Kevin M. Epstein
Linda Motton
Luci Johnson-Davis
Millie Aponte Sall
Patricia Schmidt
S. Michele Cox
Samantha Chilton
Steven Whitehurst
Vianey Garza
Yasmine Rivera

## Exhibit 3

**Disclosure Schedule**

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| 610 Funding CLO 1 Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| 610 Funding CLO 2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Accessline Communications | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| ADP Technologies, Inc. | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Aegon | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| AIC COP Facility 2, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| AIG Insurance Company | Human Resources Support and Benefit Provider | Current Client |
| AIG Insurance Company of Canada | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Current Client |
| Allianz | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Current Client |
| Allianz Insurance plc. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Current Client |
| Alm 2020 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Amazon Web Services Canada, Inc. | Contract Counterparty; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| Amazon Web Services, Inc. | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| American Alternative Insurance Corporation | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |

---

[1] The term "current client" means an entity listed as a client, or related to a client, in Paul, Weiss's conflicts search system where that matter is reported as open. The term "former client" means any entity listed as a client, or related to a client, in the Paul, Weiss conflicts search system where the matter is reported as closed within the last three (3) years. Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system.  The following table of entities, generated by the conflicts search system, is overinclusive for disclosure purposes

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| American Beacon Sound Point Floating Rate Income Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| American Express Corp. Services | Contract Counterparty; Significant Supplier and Vendor | Subsidiary or Affiliate of a Former Client |
| American Express Travel Related Services Company, Inc,. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| American Home Assurance Company (Dubai Br.) | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Current Client |
| Amex Bank of Canada | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| Anchorage Capital CLO 1-R, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Capital CLO 2013-1, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Capital CLO 25, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Capital CLO 3-R, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Capital CLO 4-R, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Capital CLO 5-R, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Capital, L.L.C | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Anchorage Credit Funding 1 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 10 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 11 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 12 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Anchorage Credit Funding 3 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 4 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 5 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 6 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 7 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 8 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Anchorage Credit Funding 9 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Angelo, Gordon & Co., L.P. | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Apollo Credit Funding IV Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Apollo Credit Funding VI, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Apollo Credit Master Fund Ltd | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Apollo Debt Solutions BDC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Current Client |
| Apollo Global Management, Inc. | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Apollo Senior Floating Rate Fund Inc. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Apollo Tactical Income Fund Inc. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Apollo TR US Broadly Syndicated Loan LLC | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Apollo Trust US Broadly Syndicated Loan LLC US0M00L9D1 | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Ares L CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Ares Management, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| AT and T Global Services Canada | Utility Provider | Subsidiary or Affiliate of a Current Client |
| AT&T | Utility Provider | Current Client |
| AT&T Mobility | Utility Provider | Subsidiary or Affiliate of a Current Client |
| AT&T Telco | Contract Counterparty | Subsidiary or Affiliate of a Current Client |
| Atalaya Capital Management - Fund Manager | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Athora Lux Invest Nl Leveraged Finance LU0M002Kl7 | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Atos Group | Contract Counterparty; Top Unsecured Creditor | Current Client |
| Atos IT Outsourcing Services LLC | Contract Counterparty | Subsidiary or Affiliate of a Current Client |
| Atos IT Solutions and Services Inc | Contract Counterparty | Subsidiary or Affiliate of a Current Client |
| Bain Capital Credit, LP | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Bandera Strategic Credit Partners II, LP | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| Bank of America | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Bank of Montreal | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Barclays Bank Plc | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Barclays Bank PLC-FD MGR | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Battery Park CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Benefit Street Partners LLC. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| Berkshire Life Insurance Co. of America | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Blackrock DLF IX 2019 G CLO LLC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Blackrock Financial Management | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Blackrock Rainier CLO VI Ltd | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Blackstone (GSO Capital ) | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Blackstone Debt Advisors (GSO Capital Partners) - FM | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Blackstone Long-Short Credit Income Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Blackstone Senior Floating Rate Term Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Blackstone Strategic Credit 2027 Term Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Blue Owl Capital Holdings LLC | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Blue Violet Networks | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| BlueMountain Cap Mgmt (aka Assured Investment Mgmt LLC) | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2013-2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2014-2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2015-3 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2015-4 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2016-2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2016-3 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2018-1 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2018-2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO 2018-3 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXII Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| BlueMountain CLO XXIII Ltd. | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXIV Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXIX Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXV Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXVI Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXVIII Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXX Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXXI Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXXII Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXXIII Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXXIV Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| BlueMountain CLO XXXV Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| BlueMountain Fuji US CLO I, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| BlueMountain Fuji US CLO II, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| BlueMountain Fuji US CLO III, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| Boyce Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Bristol Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| British Columbia Investment Management Corporation | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Buckhorn Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Buttermilk Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Cadbury Mondelez Pension Trust Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| California Public Utility Commission | Taxing and Other Governmental Authority | Current Client |
| Cardinal Fund, L.P. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Cardinal Funding LLC | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Carlyle Investment Management, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Catskill Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Cerberus Corporate Credit Fund, L.P | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| Cerberus Partners, L.P. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| Chenango Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Chubb European Group SE | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb European Group SE, a Norwegian Registered Foreign Company (NUF) | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb European Group SE, Sucursal en España | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Group of Insurance Companies | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Insurance (Switzerland) Ltd. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Insurance Company of Canada | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Life Insurance Company | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Former Client |
| Chubb Seguros | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Seguros Argentina S.A. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Seguros Brasil S.A. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Seguros Colombia S.A. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Chubb Seguros Mexico, S.A. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Chubb Versicherungen (Schweiz) AG | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Citizens Telecom Services Company | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| City of Springfield | Taxing and Other Governmental Authority | Current Client |
| CNA Canada | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Current Client |
| Comstar Technologies, LLC | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Former Client |
| Concur Technologies | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Cook Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Cox | Utility Provider | Current Client |
| CQS (UK) LLP | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Credit Opportunities Fund A Sub Fund Of Pgim Fixed Income Alternatives Master Fund ICAV | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Credit Suisse | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Credit Suisse AG, Cayman Island Branch | Lenders, Trustees, Agents, and Other Secured Parties; UCC Lienholder | Subsidiary or Affiliate of a Current Client |
| Credit Suisse Asset Management, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Credit Suisse Loan Funding LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Cyrusone MSA LLC | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| Davis Polk and Wardell LLP | Professional Representing Parties; Significant Supplier and Vendor | Former Client |
| Deloitte LLP | Contract Counterparty; Ordinary Course Professional; | Former Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| | Significant Supplier and VendorEv | |
| Dewolf Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| District of Columbia 911 | Taxing and Other Governmental Authority | Subsidiary or Affiliate of a Current Client |
| District of Columbia Office of Tax and Revenue | Taxing and Other Governmental Authority | Subsidiary or Affiliate of a Current Client |
| District of Columbia Treasurer | Taxing and Other Governmental Authority | Subsidiary or Affiliate of a Current Client |
| Diversified Loan Fund Syndicated Loan A SARL | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| DoubleLine Capital, LP | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Doubleline Income Solutions Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Doubleline Opportunistic Credit Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Dryden 102 CLO, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 104 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 105 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 106 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 109 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 30 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 36 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 37 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 38 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Dryden 40 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 41 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 42 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 43 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 45 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 47 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 49 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 50 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 53 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Dryden 53 Senior Loan Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 54 Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 55 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Dryden 55 Senior Loan Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 57 CLO, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 58 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 60 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Dryden 61 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 64 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 65 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 68 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 70 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 72 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 75 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 76 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 77 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 78 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 80 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 83 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 85 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Dryden 86 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 87 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Dryden 90 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 92 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 93 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 94 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 95 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 97 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden 98 CLO Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden XXVI Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Dryden XXVIII Senior Loan Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Enghouse Interactive Canada Inc. | Contract Counterparty; Top Unsecured Creditor | Subsidiary or Affiliate of a Current Client |
| Eric Hanson | Current and Former Officers and Directors (Up to 3 Years) | Former Client |
| Ernst & Young LLP | Ordinary Course Professional | Former Client |
| Eviden International | Contract Counterparty | Subsidiary or Affiliate of a Current Client |
| Eviden International France SAS | Contract Counterpart; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| Express Scripts | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Former Client |
| Fifth Third Bank NA | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Fillmore Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Five Arrows Managers LLP | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Florida Power & Light Company Qualified Decommissioning Trusts For Turkey Point And St. Lucie Nuclear Plants | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Fortress Investment Group LLC | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| FS/KKR Advisor, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Genex Services Inc. | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Gleiss Lutz Hootz Hirsch PartmbB Rechtsanwalte, Steuerberater | Debtors' Restructuring and Other Significant Professionals; Significant Supplier and Vendor | Former Client |
| Goldentree Asset Management LP | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Goldman Sachs Asset Management | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Goldman Sachs Bank USA | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Goldman Sachs Lux Investment Funds High Yield Floating Rate Portfolio Lux | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Goldman Sachs Trust Goldman Sachs High Yield Floating Rate Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Goldman Sachs Trust II – Goldman Sachs Multi-Manager Non-Core Fixed Income Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Great Northern Insurance Company | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Greenwood Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Grippen Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Grouse Funding LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Harbor Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Harbor Point 2019-1 Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Highbridge Capital Management, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| HPS Investment Partners, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| HSBC Bank | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| HSBC Bank PLC | Debtor Bank | Subsidiary or Affiliate of a Current Client |
| HSBC Diversified Loan Fund – Syndicated Loan A S.A.R.L. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Huatai Property & Casualty Insurance Co., Business Department | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Intrado Life And Safety Inc | Contract Counterparty; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| IPC Technologies, Inc. | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| JP Morgan Chase | Lenders, Trustees, Agents, and Other Secured Parties; Debtor Bank | Current Client |
| Kaiser Foundation Health Plan, Inc | Human Resources Support and Benefit Provider | Current Client |
| KKR Credit Advisors (US) LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| KLDiscovery Ontrack LLC | Ordinary Course Professional | Subsidiary or Affiliate of a Former Client |
| Kolumban Alternative Investments Loans | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Kyndryl | Significant Customer, Distributor Partner and Channel Partner | Former Client |
| Kyndryl State of Oregon | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Former Client |
| LegalShield | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Leveraged Loan (JPY hedged) Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

14

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Leveraged Loan JPY Hedged Fund A Series of Cayman World Invest Trust | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Long Point Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Madison Flintholm Senior Loan Fund I Designated Activity Company | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Mallard Funding LLC | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Menard, Inc. - Nuveen | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Microsoft Corporation | Contract Counterparty; Significant Supplier and Vendor | Former Client |
| Midcap Financial Investment Corporation | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Milton Hershey School Trust | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Mitel Europe Limited | Debtor | Current Client |
| Mitel Networks[2] | Debtor | Current Client |
| Mitel Networks (Limited) International | Debtor | Current Client |
| Mitel US Holdings, Inc. | Debtor | Current |
| Myers Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nassau 2018-I Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nassau 2018-II Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nassau 2019-I Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nassau Corporate Credit LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Navia Benefits Solutions, Inc. | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |

---

[2]   Debtor Entities, Non-Debtor Affiliates, and Debtors' Previous Names, Predecessors, and Related Entities enumerated in the Parties in Interest list were not included in the list unless they were a client or former client of the firm.  However each would be characterized as Subsidiaries or Affiliates of the Current Client, Mitel Networks.

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| NCL Bahamas Ltd. | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| New York State Corporation Tax | Taxing and Other Governmental Authority | Subsidiary or Affiliate of a Current Client |
| New York State Department of Finance | Taxing and Other Governmental Authority | Subsidiary or Affiliate of a Current Client |
| Newark BSL CLO 1 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Newark BSL CLO 2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| NGC Capital Management LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Niagara Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Alternative Investment Funds SICAV-SIF - Nuveen US Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Nuveen Asset Management, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Corporate Arbitrage And Relative Value Fund, L.P. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Nuveen Credit Strategies Income Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Floating Rate Income Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Floating Rate Income Fund A Series of Nuveen Investment Trust III | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Floating Rate Income Fund, A Series of Nuveen Investment Trust III | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Floating Rate Income Opportunity Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Nuveen Long-Short Credit Fund, LP | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Nuveen Multi Asset Income Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Nuveen Opportunistic Strategies LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |

16

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Nuveen Senior Income Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Nuveen Senior Loan Fund LP | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Nuveen Short Duration Credit Opportunities Fund | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Ocean Trails CLO VII | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Oklahoma Tax Commission | Taxing and Other Governmental Authority | Current Client |
| Oracle Canada ULC | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| Parallel 2017-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Perella Weinberg Partners LP | Professional Representing Parties | Former Client |
| PGIM ETF Trust PGIM Floating Rate Income ETF | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| PGIM Global High Yield Fund Inc. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| PGIM High Yield Bond Fund Inc. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| PGIM Qualifying Investor Funds Plc PGIM QIF Global Loan ESG Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| PGIM Short Duration High Yield Opportunities Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| PJT Partners, Inc. | Debtors' Restructuring and Other Significant Professionals | Former Client |
| Pre-paid Legal Services | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| PricewaterhouseCoopers, LLP | Ordinary Course Professional | Current Client |
| Prudential Bank Loan Fund of the Prudential Trust Company Collective Trust | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Prudential Insurance | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Prudential Investment Portfolios Inc 14 PGIM Floating Rate Income Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Prudential Investment Portfolios Inc 15 PGIM ESG High Yield Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Prudential Investment Portfolios Inc 15 PGIM High Yield Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Prudential Investment Portfolios Inc 15 PGIM Short Duration High Yield Income Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Prudential Strategic Credit Fund of the Prudential Trust Company Collective Trust | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Rackspace US Inc. | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Current Client |
| RBC Life Insurance Company | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| RingCentral Inc. | Contract Counterparty; Significant Supplier and Vendor; Significant Competitor | Current Client |
| Royal Bank of Canada | Lenders, Trustees, Agents, and Other Secured Parties; Debtor Bank | Subsidiary or Affiliate of a Current Client |
| RPX Corporation | Contract Counterparty; Significant Supplier and Vendor | Subsidiary or Affiliate of a Former Client |
| RR 1 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| RR 12 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| RR 14 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| RR 17 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| RR 2 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| RR 5 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| RR 6 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| RR 8 Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Salesforce.com Canada Corporation | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Subsidiary or Affiliate of a Former Client |
| SAP Canada | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Subsidiary or Affiliate of a Current Client |
| Searchlight Capital Partners L.P. | 1% or More Equity Holders | Current Client |
| Searchlight II MLN, LP | 1% or More Equity Holders | Subsidiary or Affiliate of a Current Client |
| Securus Technologies Holding Inc. | Landlord and Tenant | Subsidiary or Affiliate of a Current Client |
| Shenkman Capital Management, Inc. | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |
| Skillsoft Canada LTD | Top Unsecured Creditor | Subsidiary or Affiliate of a Current Client |
| Southwick Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Steele Creek CLO 2014-1R, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Steele Creek CLO 2016-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Steele Creek CLO 2017-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Steele Creek CLO 2018-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Steele Creek CLO 2018-2, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Steele Creek CLO 2019-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Steele Creek CLO 2019-2, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Steele Creek Investment Management LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Steele Creek Loan Funding I, LLC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Stewart Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Strata CLO II Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Sunlife Assurance Company Of Canada | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor; Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Symphony Asset Management | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XIX Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XVI Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XVI, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XVII, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XVIII, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XX Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XXI Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Symphony CLO XXV, Ltd. | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Symphony Floating Rate Senior Loan Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| TCP Direct Lending Fund VIII A LLC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TCP Direct Lending Fund VIII L Ireland | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TCP Direct Lending Fund VIII S LLC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TCP Direct Lending Fund VIII U Ireland | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TCP Direct Lending Fund VIII-T, LLC | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TCP DLF VIII T Funding LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TCP DLF VIII-L Funding, LP | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TCP Enhanced Yield Funding I LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Teladoc Health Inc | Human Resources Support and Benefit Provider | Current Client |
| Telecommunications Services of Trinidad and Tobago | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| Telos Asset Management LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Telus Health Solutions Inc. | Human Resources Support and Benefit Provider | Subsidiary or Affiliate of a Current Client |
| Tennenbaum Capital Partners, LLC | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Tennenbaum Enhanced Yield Operating I, LLC | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Tennenbaum Senior Loan Fund II LP | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Tennenbaum Senior Loan Fund V LLC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Thayer Park CLO, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| The Bank Of Nova Scotia | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| The Toronto Dominion Bank New York Branch | Lenders, Trustees, Agents, and Other Secured Parties | Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| TIAA CREF Core Bond Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TIAA CREF Core Plus Bond Fund | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TIAA Global Public Investments LLC Series Loan | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TIAA Global Public Investments, LLC - Series Loan ESG | Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| TIAA-CREF | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TIAA-CREF Bond Plus Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TIAA-CREF Core Bond Fund | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| TMD DL Holdings LLC | Lenders, Trustees, Agents, and Other Secured Parties; Litigation Counterparty | Subsidiary or Affiliate of a Current Client |
| Trimaran Advisors, L.L.C. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| U.S. High Yield Bond Fund - Benefit Street | Lenders, Trustees, Agents, and Other Secured Parties: Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| UBS AG Stamford Branch | Lenders, Trustees, Agents, and Other Secured Parties; UCC Lienholder | Subsidiary or Affiliate of a Current Client |
| USB AG | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Verizon | Utility Provider | Current Client |
| Verizon Business | Contract Counterparty | Subsidiary or Affiliate of a Current Client |
| Wachovia Bank | Taxing and Other Governmental Authority | Subsidiary or Affiliate of a Former Client |
| Wellfleet CLO 2016-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2016-2, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2017-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2017-2, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2017-3, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |

| MATCHED ENTITY | RELATIONSHIP TO DEBTORS | RELATIONSHIP TO PAUL, WEISS[1] |
|---|---|---|
| Wellfleet CLO 2018-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2018-2, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2018-3, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2019-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2020-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2020-2, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO 2021-1, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wellfleet CLO X, Ltd. | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Wieland North America, Inc. | Litigation Counterparty | Subsidiary or Affiliate of a Former Client |
| Wind River Systems International LTD | Top Unsecured Creditor | Subsidiary or Affiliate of a Current Client |
| Windstream | Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| Workday Limited | Contract Counterparty; Top Unsecured Creditor; Significant Supplier and Vendor | Former Client |
| XL Specialty Insurance Company | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Zalico VL Series Account - 2 | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Current Client |
| Zayo | Utility Provider; Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| Zayo Canada Inc. | Utility Provider: Significant Customer, Distributor Partner and Channel Partner | Subsidiary or Affiliate of a Current Client |
| Zuora, Inc. | Top Unsecured Creditor | Former Client |
| Zurich American Insurance Company | Lenders, Trustees, Agents, and Other Secured Parties | Subsidiary or Affiliate of a Former Client |
| Zurich Aseguradora Argentina S.A. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |
| Zurich Insurance Company Ltd. | Insurers, Insurance Agents and Sureties | Subsidiary or Affiliate of a Former Client |